UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CURTIS PETER MICHAEL FORTEAU

_____

_____
*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

NEW YORK CITY
HEALTH AND HOSPITAL CORPORATION
CITY OF NEW YORK
RIKERS ISLAND JAIL
KIRBY FORENSIC PSYCHIATRIC CENTER
DOCTOR KILUNIA

_____

_____

PLEASE READ FROM HAND WRITTEN DOCUMENTS THANK YOU
*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

COMPLAINT
under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial: ☑ Yes  ☐ No
*(check one)*

MAY - 9 2014

PRO SE OFFICE

I.  **Parties in this complaint:**

A.   List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name   CURTIS PETER MICHAEL FORTEAU
ID #   895 13 00534
Current Institution   A.M.K.C C-95 WEST 17 UPPER A. SIDE
Address   1818 HAZEN ST
EAST ELMHURST, N.Y 11370

B.   List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

NEW YORK CITY
Defendant No. 1   Name   HEALTH AND HOSPITAL CORPORATION   Shield #_____
Where Currently Employed   HEALTH AND HOSPITAL CORPORATION
Address   125 WORTH STREET, STE 510
NEW YORK, N.Y 10013

*Rev. 05/2010*                                    1

Defendant No. 2    Name _CITY OF NEW YORK_____ Shield #_____
                   Where Currently Employed _CITY OF NEW YORK_____
                   Address _100 CHURCH STREET RM 3-176_____
                   _NEW YORK, N.Y 10007_____

Defendant No. 3    Name _RIKERS ISLAND JAIL_____ Shield #_____
                   Where Currently Employed _A.M.K.C C-95_____
                   Address _1818 HAZEN STREET_____
                   _EAST ELMHURST, N.Y 11370_____

Defendant No. 4    Name _KIRBY FORENSIC PSYCHIATRIC CENTER_ Shield #_____
                   Where Currently Employed _600 KIRBY FORENSIC PSYCHIATRIC CENTER_
                   Address _WARD'S ISLAND_____
                   _NEW YORK, N.Y 10035-6095_____

Defendant No. 5    Name _DOCTOR KILUVIA_____ Shield #_____
                   Where Currently Employed _A.M.K.C C-95_____
                   Address _1818 HAZEN STREET_____
                   _EAST ELMHURST, N.Y 11370_____

II.    Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the
caption of this complaint is involved in this action, along with the dates and locations of all relevant events.
You may wish to include further details such as the names of other persons involved in the events giving
rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims,
number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.    In what institution did the events giving rise to your claim(s) occur?
      _RIKERS ISLAND JAIL A.M.K.C C-95 (MAIN CLINIC) 1818 HAZEN ST. EAST ELMHURST_
      _N.Y 11370 (MAIN MENTAL HEALTH CLINIC) PLEASE READ FROM ATTACHED DOCUMENT_

B.    Where in the institution did the events giving rise to your claim(s) occur?
      _RIKERS ISLAND JAIL A.M.K.C C-95 (MAIN CLINIC)_____
      _(MAIN MENTAL HEALTH CLINIC)_____

C.    What date and approximate time did the events giving rise to your claim(s) occur?
      _SEPTEMBER 26 2013  11AM_____

D.   Facts: PLEASE READ ALL FROM ATTACHED DOCUMENTS THANKS
ONE of MY MOST IMPORTANT SERIOUS MAJOR ISSUES I WANT TO SUE FOR
$20 MILLION DOLLARS ARE THE PSYCHOLOGICAL MEDICATIONS THE DOCTORS,
PSYCHIATRISTS NURSES E.T.C ARE PRESCRIBING ARE DAMAGING DESTROYING
MY HEALTH. I AM EXPERIENCING SUFFERING WITH EXCRUCIATIONS VERY SEVERE DAMAGING
DESTROYING HEALTH PROBLEMS TO MY REPRODUCTIONS SYSTEMS

| What happens to you? |

IT DO NOT KNOW IF I COULD MAKE CHILDREN! ALL THOSE PSYCHOLOGICAL MEDICATIONS
AND INVEGA SUSTENNA (Paliperidone Palmitate) RISPERIDONE CONSTA SEVERE EXCRUCIATIONS
I'M HAVING DESTROYING MY REPRODUCTIONS SYSTEMS VERY MUCH THAT WHEN

| Who did what? |

I AM TRYING TO HAVE A ERECTION MY PENIS NEVER DOES WORK AND MANY SITUATIONS
WHEN I AM HAVING SEX I NEVER EJACULATE NOTHING COMES OUT FROM MY PENIS!
BEFORE I EVER WAS ON ANY PSYCHOLOGICAL MEDICATIONS?!! INVEGA SUSTENNA
Paliperidone Palmitate AND I RISPERIDONE CONSTA I NEVER EVER HAD ANY OF THOSE

| Was anyone else involved? |

MEDICAL HEALTH ISSUES MANY DOCTORS. PSYCHIATRIST & NURSES AND STAFFS
WHERE TELLING ME THAT THOSE PSYCHOLOGICAL MEDICATIONS INVEGA SUSTENNA
Paliperidone Palmitate AND I RISPERIDONE CONSTA NEVER EVER GIVES ME

| Who else saw what happened? |

THE BAD SEVERE SIDE AFFECTS. I AM REPORTING TO THEM! THE DOCTORS. PSYCHOLOGISTS
NURSES AND STAFFS DO NOT EVEN KNOW FOR SURE WHAT ALL THE BAD SEVERE SIDE AFFECTS ARE!

! I AM NEVER EVER PSYCHOLOGICAL ILL !

## III.   Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if
any, you required and received. I PLEASE READ FROM HAND WRITTEN DOCUMENTS! I DO NOT
KNOW IF I COULD MAKE CHILDREN! MY REPRODUCTIONS SYSTEMS ARE EXCRUCIATIONS SEVERE
DAMAGED DESTROYED. I AM EXPERIENCING SUFFERING WITH EXCRUCIATING VERY
SEVERE DAMAGING DESTROYING HEART PAINS AND BACK PAINS AND EXCRUCIATIONS
PAINS THOUGH MY ENTIRE BODY. I I GOT X-RAYS, MRI AND MANY PAIN MEDICATIONS
PROOFS WITHIN MY MEDICAL RECORDS! I I'M IN PHYSICAL THERAPY AND E.T.C!

## IV.   Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought
with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner
confined in any jail, prison, or other correctional facility until such administrative remedies as are available are
exhausted."  Administrative remedies are also known as grievance procedures.

A.   Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

   Yes  ✓   No ____

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). (RIKERS ISLAND JAIL) A.M.K.C.C-95 1S15 HAZEN ST EAST ELMHURST NY 11370 CLINIC (PLEASE READ ALL FROM ATTACHED DOCUMENTS THANKS)

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes  ✓   No _____   Do Not Know _____

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes _____   No _____   Do Not Know  ✓

If YES, which claim(s)? _____

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes _____   No _____

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes _____   No _____

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance? MY MEDICAL RECORDS (PLEASE READ FROM HAND WRITTEN DOCUMENTS THANK YOU

1. Which claim(s) in this complaint did you grieve? ALL I REPORTED TO ALL DOCTORS PSYCHIATRISTS NURSES STAFF E.T.C AT RIKERS ISLAND AND THE MANY HOSPITALS E.T.C

2. What was the result, if any? THEY ALL NEVER EVER HELP ME IN ANY WAY

_____

3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. 1 I KEEP ON MAKING MORE REPORTS 2. To DIFFERENT AGENCIES WRITING MAILS PHONES

_____

PLEASE READ ALL FROM HAND WRITTEN DOCUMENTS THANK YOU

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here: _____

_____

_____

2. If you did not file a grievance but informed any officials of your claim, state who you informed,

when and how, and their response, if any [PLEASE READ FROM HANDWRITTEN DOCUMENTS]
I MADE MORE THAN ONE COMPLAINT AND REPORTS TO DIFFERENT AUTHORITIES
AND AGENCIES ON ALL MY IMPORTANT ISSUES. ON RECORD THERE
SHOULD BE SOME SITUATIONS THAT I REPORTED TO AUTHORITIES.

G.   Please set forth any additional information that is relevant to the exhaustion of your administrative remedies [PLEASE READ FROM HAND WRITTEN DOCUMENTS].

Note:   You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V.   Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). [PLEASE READ FROM HAND WRITTEN DOCUMENTS]
I WANT TO BRING UP CRIMINAL CHARGES AND MILLIONS OF DOLLARS
IN LAWSUITS AGAINST THE HOSPITALS AND ALL THOSE INVOLVED FOR ALL MY
VERY SEVERE EXCRUCIATING DAMAGING DESTROYING HARSH AND HARMFULL PAINS
AND SUFFERINGS. POSSIBLE I HAVE TO USE LEVOTHYROXINE FOR MY THYRDIDS
TO STOP FAILING AND SIMVASTATIN TO STOP MY CHLESTROL PROBLEMS FOR
EVERY DAY OF MY LIFE WORDS FROM DOCTORS [3·11·14]

[I DO NOT KNOW IF I COULD MAKE CHILDREN]

VI.   Previous lawsuits:

| On these claims |

A.   Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ✓   No ____

B.    If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

    1.    Parties to the previous lawsuit:

Plaintiff _CURTIS  FORTEAU_____

Defendants _____

    2.    Court (if federal court, name the district; if state court, name the county) _____
           _NEW YORK CITY COMPTROLLER OFFICE_____

    3.    Docket or Index number ____2013PI030160_____

    4.    Name of Judge assigned to your case _____

    5.    Approximate date of filing lawsuit _____11·25·2013_____

    6.    Is the case still pending? Yes _✓_ No ____

           If NO, give the approximate date of disposition _____

    7.    What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____
           _MY LAWSUIT ARE ON GOING_____
           _____

---

| On other claims |
|---|

C.    Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?

      Yes _✓_    No ____

D.    If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

    1.    Parties to the previous lawsuit:

Plaintiff _CURTIS PETER MICHAEL FORTEAU_____
           _CAPTAIN UNITED STATES_     _JOHN DOE CORRECTION OFFICER_
Defendants _HEALTH AND HOSPITAL CORPORATION_     _JOHN DOE CORRECTION OFFICER_

    2.    Court (if federal court, name the district; if state court, name the county) _____

    3.    Docket or Index number _1:13-CV-0369+AJN_____
           _DISTRICT JUDGE NESON ANTONIA_
    4.    Name of Judge assigned to your case _MAGISTRATE JUDGE SARAH NETRNCO__

    5.    Approximate date of filing lawsuit _12·3·2013_____

    6.    Is the case still pending? Yes _✓_ No ____

           If NO, give the approximate date of disposition _____

    7.    What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 1 day of 5 , 20 14.

Signature of Plaintiff        Curtis P. M. Fonteau

Inmate Number                895 13 00534

Institution Address          A. M. K. C C-95 WEST 17 UPPER A SIDE

1818 HAZEN ST

EAST ELMHURST, NY 11370

Note:   All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this 1 day of 5 , 20 14, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff:        Curtis P. M. Fonteau

Rev. 05/2010

351-86-22



**Correctional Health Services**

## REFERRAL
Consultation Request and Hospital Transfer Form

### Referral To Information:

| | |
|---|---|
| Specialty: | Dermatology |
| Provider Name: | Dermatology (REF) Bellevue |
| Facility: | Bellevue Hospital |

### Patient Information:

| | |
|---|---|
| Patient: | CURTIS FORTEAU |
| DOB: | 02/05/1983 |
| Book and Case: | 8951300534 |
| NYSID: | 09577679Z |
| Facility: | Anna M. Kross Correctional Facility |
| Housing Area: | W17UA |
| MRN No: | |

### Referral From Information:

| | |
|---|---|
| Provider Name: | Samuel Okorozo, PA |
| Date and Time: | 02/14/2014 |
| Priority: | Routine |
| Diagnosis: | 110.4 - Tinea pedis |
| Reason: | ***Pt has multiple lesions on glen of his penis which he claimed has been there since childhood. Pls evaluate , Richard,Jean , MD 2/18/2014 4:10:59 PM > Approved |
| Notes: | Okorozo,Samuel , PA 2/14/2014 4:42:04 PM > Pt has multiple lesions on glen of his penis which he claimed has been there since childhood. Pls evaluate Richard,Jean , MD 2/18/2014 4:10:59 PM > Approved Smith,Ida 2/19/2014 2:52:18 PM > Reviewed by Pt. Svcs. for processing. Grant,Valencia 2/21/2014 9:19:01 AM > APPT 3-18-14 AM AS PER HHC ADV |

### Consulting Physician Information:

Date of Service: 3/18/14

Physician(Print Name): Elizabeth Gordon  Physician Signature: _____

Please place findings and recommendations below (use additional paper if necessary):

pearly penile papules, benign condition, reassurance
RTC prn new or spreading lesions

| Anna M. Kross Correctional Facility | Laali Ali, MD |
|---|---|
| 18-18 Hazen Street  East Elmhurst, NY 11370 | |
| Tel: 718-546-3550   Fax: | |

| Patient: | FORTEAU, CURTIS | 03/20/2014 |
|---|---|---|
| DOB: | 02/05/1983, Sex: Male | |
| Address: | KIRBY, NY, NY | |
| Phone: | | |

| Ordered Date: | 05/02/2013 |
|---|---|
| Assessments: | |
| Lab: | CHLAMYDIA /GC, URINE |
| Fasting: | No |
| Specimen: | Collection Date:05/02/2013   Time:2:39 PM   Source:urine |
| Clinical Info: | |

| Name | Value | Reference Range |
|---|---|---|
| GC,AMPL.,DNA | | |
| CHLAMYDIA,AMPL.,DNA | | |
| Result: | Duplicate order | |
| Received Date: | 06/12/2013 | |
| Notes: | Milord,Kesline , LPN 5/2/2013 2:39:29 PM > Specimen collected Cantor,Lourdes , PA 6/12/2013 4:32:34 PM > Duplicate order | |

**Patient Name: FORTEAU, CURTIS , DOB: 02/05/1983**

| Anna M. Kross Correctional Facility | Chukwudi Ozo-Onyali, MD |
|---|---|
| 18-18 Hazen Street  East Elmhurst, NY 11370 | |
| Tel: 718-546-3550   Fax: | |

| Patient: | FORTEAU, CURTIS | 03/20/2014 |
|---|---|---|
| DOB: | 02/05/1983, Sex: Male | |
| Address: | KIRBY, NY, NY | |
| Phone: | | |

| Ordered Date: | 05/02/2013 |
|---|---|
| Assessments: | |
| Lab: | CHLAMYDIA /GC, URINE |
| Fasting: | No |
| Specimen: | Collection Date: 05/02/2013   Time: 2:39 PM |
| Clinical Info: | |

| Name | Value | Reference Range |
|---|---|---|
| GC,AMPL.,DNA | Negative | Negative N |
| CHLAMYDIA,AMPL.,DNA | Negative | Negative N |
| Result: | Normal/Negative/Non-Reactive | |
| Received Date: | 05/04/2013 | |
| Notes: | eclinicalworks, support (PROD) 05/03/2013 07:45:17 : This order was created by the Interface. | |

Patient Name: FORTEAU, CURTIS , DOB: 02/05/1983



**FORTEAU, CURTIS**

NYSID: 09577679Z  BookCase: 8951300534
Facility Code: AMKC  Housing Area: 2 UPPER
30 Y old  Male, DOB: 02/05/1983
KIRBY, NY, NY

Insurance: Self Pay
Appointment Facility: Anna M. Kross Correctional Facility

**Correctional Health Services**

09/27/2013                          Appointment Provider: Moody Kiluvia, MD

### Current Medications
Synthroid 75 MCG Tablet 1 tab Every Morning, stop date 11/03/2013
Zocor 20 mg Tablet 1 tab At Bedtime, stop date 12/23/2013
Alum & Mag Hydroxide-Simeth 400-400-40 MG/5ML Suspension 10 MLS Four Times a Day, stop date 10/08/2013
Zantac 150 MG Tablet 1 tab Twice a Day, stop date 10/24/2013

### Past Medical History
The patient denies a history of chronic medical problems
Psychiatric situation
Psychiatric situation

### Reason for Appointment
1. Refusing IM medication/ Referral from nursing/ medication follow-up

### History of Present Illness
TEMPLATES:

PSYCHIATRY - MEDICATION REEVALUATION
SUBJECTIVE:
    Subjective
    ." I don't want to take the medication because it is giving side effects, my heart is aching, I also see that it says that its messing with reproductive system, back pain and all these side effects"

### Examination
OBJECTIVE:
    Objective:
    = .Patient has multiple somatic complains in a very delusional manner.He is also hypervigilant, paranoid, labile and suspicious.
MENTAL STATUS:
    Appearance:
    = Younger,Disheveled

    Behavior:
    = Suspicious oddly related.

    Mood:
    = Euthymic (Normal Range)

    Affect:
    = Labile

    Impulse control:
    = Moderate

    Thought process:
    = Distractible Concrete

    Thought content:
    = Delusions,Preoccupations

Patient: FORTEAU, CURTIS  DOB: 02/05/1983  Progress Note: Moody Kiluvia, MD  09/27/2013
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

Perceptual disturbance:
  = *No Perceptual Distortions*

Suicidal:
  = *No Suicidal Thoughts*

Homicidal:
  = *No Homicidal Thoughts*

Insight:
  = *Slight Awareness of Illness*

Judgment:
  = *Severely Impaired*

MEDICATION SIDE EFFECT:
  Medication Side Effect
    Medication Side Effect: *No*
    *Patient even though complains of multiple side effects but they are mostly in the context of delusional thinking..*

PATIENT EDUCATION - SIDE EFFECTS:
  Patient education - side effects
    -Patient education provided on side effects of proposed medication: *Yes*

MEDICATION COMPLIANCE:
  Medication Compliance
    = *.Poor compliance with medication.*

CHANGE IN MEDICATION:
  Change in Medication
    Change in medication regimen: *No*

**Assessments**
1. Axis I: Schizoaffective disorder, chronic - 295.72
2. Axis II: Diagnosis deferred - 799.9
3. Backache NOS - 724.5
4. Axis III: Hypothyroidism (acquired) - 244.9
5. GERD [Gastroesophageal reflux disease] - 530.81

Axis IV: Legal/ criminal system problems

Axis V: GAF 51-60 Moderate symptoms. (e. g., flat affect and circumstantial speech, occasional panic attacks) OR moderate difficulty in school, occupational, or school functioning (e.g., few friends, conflicts with peers or co-workers).

**Treatment**
**1. Diagnosis deferred**
Start Invega Sustenna Suspension, 234 MG/ 1.5ML, I.M, Intramuscular, Once a Month, 28 days, RN-DOT, Refills 0

**Follow Up**
4 Weeks

---

Patient: FORTEAU, CURTIS   DOB: 02/ 05/ 1983   Progress Note: Moody Kiluvia, MD   09/ 27/ 2013
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

https://chsricbpdlb.riepf.com/mobiledoc/jsp/catalog/xml/printChartOptions.jsp?encounterI...   3/20/2014

Disposition: GP with MH follow up-Clinician/Psychiatrist

**Addendum:**
09/30/2013 12:27 PM Blakney, Sandra > Order for Invega Sustenna was clarified for pharmacy. Will order stat injection today. Please refer to telephone encounter.

**Appointment Provider: Moody Kiluvia, MD**

**Electronically signed by Moddy Kiluvia MD on 09/27/2013 at 10:55 PM EDT**

**Sign off status: Completed**

Anna M. Kross Correctional Facility
18-18 Hazen Street
East Elmhurst, NY 11370
Tel: 718-546-3550
Fax:

Patient: FORTEAU, CURTIS    DOB: 02/05/1983    Progress Note: Moody Kiluvia, MD    09/27/2013

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*



# FORTEAU, CURTIS

NYSID: 09577679Z  BookCase: 8951300534
Facility Code: AMKC  Housing Area: 2 UPPER
30 Y old Male, DOB: 02/05/1983
KIRBY, NY, NY

Insurance: Self Pay
Appointment Facility: Anna M. Kross Correctional Facility

09/26/2013                                        Appointment Provider: Angela Morris RN

**Current Medications**
Synthroid 75 MCG Tablet 1 tab Every
Morning, stop date 11/03/2013
Invega Sustenna 234 MG/1.5ML Suspension
1.5 ml Q 4wks,next due on 9-26-13, stop date
09/26/2013
Zocor 20 mg Tablet 1 tab At Bedtime, stop
date 12/23/2013
Alum & Mag Hydroxide-Simeth 400-400-40
MG/5ML Suspension 10 MLS Four Times a
Day, stop date 10/08/2013
Zantac 150 MG Tablet 1 tab Twice a Day, stop
date 10/24/2013

**Past Medical History**
The patient denies a history of chronic
medical problems
Psychiatric situation
Psychiatric situation

**Reason for Appointment**
1. Refusing invega injection

**History of Present Illness**
Notes::
    Patient stated he is refusing Invega injection 234mg/ml. Patient
stated that the medication makes him feel "sick" i.e. dizziness, chest
pain, nausous. Will refer patient to Mental Health. Patient signed
refusal form. Angela Morris RN.

**Appointment Provider: Angela Morris RN**

☒

**Electronically signed by Angela Morris RN on 09/26/2013 at
11:11 AM EDT**

**Sign off status: Completed**

Anna M. Kross Correctional Facility
18-18 Hazen Street
East Elmhurst, NY 11370
Tel: 718-546-3550
Fax:

Patient: FORTEAU, CURTIS   DOB: 02/05/1983   Progress Note: Angela Morris RN   09/26/2013

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*



**Health**
**Correctional Health Services**

Insurance: Self Pay

# FORTEAU, CURTIS

NYSID: 09577679Z  BookCase: 8951300534
Facility Code: AMKC  Housing Area: 2 UPPER
30 Y old Male, DOB: 02/05/1983
KIRBY, NY, NY

Appointment Facility: West Facility

12/24/2013                                    Appointment Provider: Kennedy Gordon, MD

**Current Medications**
Synthroid 75 MCG Tablet 1 tab Every
Morning, stop date 12/29/2013
Zocor 20 mg Tablet 1 tab At Bedtime, stop
date 03/18/2014

**Past Medical History**
The patient denies a history of chronic
medical problems
Psychiatric situation
Psychiatric situation

**Reason for Appointment**
1. Specialty Clinic Ortho

**History of Present Illness**
Notes::
    30 y/o right dominant male who states that he has chronic lower back pain with recurrently radiates to his legs for many years. He denies any specific trauma although claims that his previous psych meds may have contributed to his various medical symptoms. Xrays of his Lumbar spine were WNL. No bowel or bladder complains.

**Examination**
Lumbar Spine/Lower back:
    LOWER BACK: normal sacroiliac joint mobility bilaterally.
    INSPECTION: normal curvature of spine.
    PALPATION: paraspinal tenderness, Vertebral spine tenderness, mild paraspinal spasm.
    STRAIGHT LEG RAISING TEST: negative bilaterally.
    MOTOR SYSTEM: normal bilateral lower extremities, 5/5 BLE.
    SENSORY EXAM: normal.
    REFLEXES: normal.
    Peripheral Pulses: dorsalis pedis 2+ bilaterally, posterior tibial 2+ bilaterally.

**Assessments**
1. Lumbar sprain and strain - 847.2 (Primary), with episodic radicular symptoms

**Treatment**
**1. Lumbar sprain and strain**
Referral To:Radiology (REF) Bellevue   Radiology
        Reason:MRI of th lumbar spine. Rule out HNP/Nerve root compression/Spinal stenosis

**Follow Up**
3 Months

Notes: Back precautions during ADL were advised.

Patient: FORTEAU, CURTIS   DOB: 02/05/1983   Progress Note: Kennedy Gordon, MD   12/24/2013
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

Addendum:
12/26/2013 03:31 PM Jeanty, Francois > F/U IN 3 MONTHS.


Appointment Provider: Kennedy Gordon, MD

Electronically signed by Kennedy Gordon on 12/24/2013 at
02:40 PM EST

Sign off status: Completed

---

**West Facility**
16-06 Hazen Street
East Elmhurst, NY 11370
Tel: 718-546-4150
Fax:

---

Patient: FORTEAU, CURTIS   DOB: 02/05/1983   Progress Note: Kennedy Gordon, MD   12/24/2013

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

# C●RIZON™

## CERTIFICATION

I, Petrina S. Mariner, Director of Medical Records of Corizon Health Inc., contracted by NYC Department of Health and Mental Hygiene, hereby certify that the record of the attached is a certified reproduction of the record on file for:

_Foream Cuttin_
**Name of Patient**

_895-13-00584_
**Book and Case Number**

I further certify that this record was made in the regular course of business of this program and it is the regular course of business of this program to make such records. The record was made at the time of the condition, act, transaction, occurrence or event recorded or within a reasonable time thereafter. The record contained herein is a certified reproduction of the record on file (in accordance with CPLR Section 2306)

_4/1/14_
**Date**

_Petrina S. Mariner_
Petrina S. Mariner
Director of Medical Records

## DELEGATION OF AUTHORITY

I Fazal M. Yussuff, Regional Vice President of Operations of Corizon Health Inc., contracted by NYC Department of Health and Mental Hygiene, certify that, Petrina Mariner, Director of Medical Records/Materials Management, of Corizon Health Services contracted by NYC Department of Health and Mental Hygiene, whose signature above is a responsible employee in this program. I hereby authorize her to certify records of this program having been made on the regular course of business of the program at the time of condition, act, transaction, occurrence or event recorded or within a reasonable time thereafter.

_Fazal M. Yussuff_
Fazal M. Yussuff, MP, RN, CCHP
Regional Vice President of Operations

**NYSID No:** 09577679Z   **B&C No:** 8951300534
**FORTEAU, CURTIS**
KIRBY, NY, NY

**DOB:** 02/05/1983   **Age:** 31 Y   **Sex:** male

Primary Insurance:
PCP:

Home:
Work:
Cell:
Email:

Allergies: N.K.D.A

## Medical History

### Active Problem List

| Code | Name | Specify | Notes | Added On | Modified On | Modified By |
|------|------|---------|-------|----------|-------------|-------------|
| RI51 | SMI - YES | | | | 03/14/2014 | Nyame, Simflex |
| 295.72 | Schizoaffective disorder, chronic | | | | 03/14/2014 | Nyame, Simflex |
| 799.9 | Diagnosis deferred | | | | 03/14/2014 | Nyame, Simflex |
| 272.0 | Hypercholesterolemia | | | | 03/14/2014 | Nyame, Simflex |
| 244.9 | Hypothyroidism (acquired) | | Pt compliant with his medication | | 12/26/2013 | Okorozo, Samuel |
| V70.0 | ROUTINE MEDICAL EXAM | | | | 07/16/2013 | Kalam, Mohammad |
| 536.8 | Dyspepsia NOS | | | | 09/11/2013 | Badalova, Kristina |
| 724.5 | Back pain | | | | 12/04/2013 | Nyame, Simflex |
| 959.9 | INJURY-SITE NOS | | | | 05/31/2013 | Ali, Laali |
| 724.5 | Backache NOS | | | | 09/27/2013 | Kiuvia, Moddy |
| 729.5 | Pain in limb | | | | 07/16/2013 | Kalam, Mohammad |
| 300.9 | Psychiatric disorder or problem | | | | 12/26/2013 | Nyame, Simflex |
| 714.9 | Arthralgias | | | | 08/19/2013 | Golbourne, Trevor |
| 690.18 | Dandruff | | | | 08/19/2013 | Golbourne, Trevor |
| 530.81 | GERD [Gastroesophageal reflux disease] | | | | 03/14/2014 | Nyame, Simflex |
| V65.3 | Dietary surveillance and counseling | | | | 09/30/2013 | Gravesande, Terry |
| 041.86 | Helicobacter pylori [H. pylori] infection | | | | 11/26/2013 | Villar, Ofelia |
| 724.2 | LBP [Low back pain] | | | | 12/10/2013 | Roy, Robert |
| 465.9 | ACUTE URI NOS | | | | 11/16/2013 | Noah, Susan |
| 847.2 | Lumbar sprain and strain | | with episodic radicular symptoms | | 12/24/2013 | Gordon, Kennedy F |
| 110.4 | Tinea pedis | | | | 02/14/2014 | Okorozo, Samuel |

### Past Medical History
The patient denies a history of chronic medical problems.
Psychiatric situation
Psychiatric situation

## Medications

Name strength formulation, Sig: take route frequency
Zocor 20 mg Tablet, Sig: 1 tab Orally At Bedtime Start Date: 03/13/2014 KOP: No DrugSource: Pharmacy
Synthroid 75 MCG Tablet, Sig: 1 tab Orally Every Morning Start Date: 02/18/2014 KOP: No DrugSource: Pharmacy

## Social History

| Name | Value |
|------|-------|
| Drug use | currently using drugs: No, ever used drugs: No, currently in methadone program: No, Ever accidentally overdosed: No, Ever used a needle to inject drugs: No |
| smoking | are you a smoker: never |
| alcohol | do you drink: No |
| violence | ever hit or assaulted anyone: Yes, ever been charged with sexual offense: No, ever been assaulted: No, ever been a victim of sexual abuse: No |
| education | grade level completed: some college , learning disability: No, were you in special education: No |
| Sexual history | sexually active with: neither , current number of sexual partners: 0, do you and your partner use condoms: Yes |

## Family History

| Relation : Description |
|------------------------|

**NYSID No:** 09577679Z   **B&C No:** 8951300534

**FORTEAU, CURTIS**
KIRBY, NY, NY

**DOB:** 02/05/1983   **Age:** 31 Y   **Sex:** male

Home:
Work:
Cell:
Email:

**Primary Insurance:**
PCP:

**Allergies :**   N.K.D.A

| | |
|---|---|
| Father: deceased | |
| Mother: alive | |

**Immunizations**

| Name | Date | Dosage |
|---|---|---|
| Hepatitis A (adult) | 2013-04-29 | 1.2 cL |
| Hepatitis B (20 and more) - Refused | 2013-04-17 | 1.0 mL |
| Hepatitis B (20 and more) - Refused | 2012-07-20 | 1.0 mL |

**Vitals**

| Name | Date | Value |
|---|---|---|
| Temp | 03/11/2014 | 97.5 |
| BP | 03/11/2014 | 101/61 |
| RR | 03/11/2014 | 16 |
| SaO2 | 03/11/2014 | 100 |
| Pulse | 03/11/2014 | 68 |

**Patient Encounters**

| Date | Visit | Reason | Diagnosis |
|---|---|---|---|
| 03/19/2014 | TEL | Message | |
| 03/14/2014 | MH Visit | TPR and MH Clinicians Progress Note | SMI - YES |
| | | | Schizoaffective disorder, chronic |
| | | | Diagnosis deferred |
| | | | Hypercholesterolemia |
| | | | GERD [Gastroesophageal reflux disease] |
| 03/13/2014 | MH Visit | TPR and MH Clinicians Progress Note | |
| 03/13/2014 | TEL | Medication Renewal | Hypercholesterolemia |
| 03/12/2014 | MH Visit | TPR and MH Clinicians Progress Note | |
| 03/11/2014 | MH Visit | TPR and MH Clinicians Progress Note | |
| 03/11/2014 | Medical | Hypothyroidism/GERD/HLD | Hypercholesterolemia |
| | | | Hypothyroidism (acquired) |
| | | | GERD [Gastroesophageal reflux disease] |
| | | | LBP [Low back pain] |
| 02/21/2014 | Medical | Hypothyroidism/GERD/HLD | |
| 02/18/2014 | TEL | Medication Renewal | Hypothyroidism (acquired) |
| 02/18/2014 | Sick Call | + CHLAM/OFFER HIV | |
| 02/14/2014 | MH Visit | TPR and MH Clinicians Progress Note | SMI - YES |
| | | | Schizoaffective disorder, chronic |
| | | | Diagnosis deferred |
| | | | Hypercholesterolemia |
| | | | GERD [Gastroesophageal reflux disease] |
| 02/13/2014 | Sick Call | | Tinea pedis |
| 02/13/2014 | MH Visit | TPR and MH Clinicians Progress Note | SMI - YES |
| | | | Schizoaffective disorder, chronic |
| | | | Diagnosis deferred |
| | | | Hypercholesterolemia |
| | | | GERD [Gastroesophageal reflux disease] |
| 02/11/2014 | MH Visit | TPR and MH Clinicians Progress Note | |
| 02/06/2014 | Medical | Hypothyroidism/GERD/HLD | |

**NYSID No:** 09577679Z   **B&C No:** 8951300534
**FORTEAU, CURTIS**
KIRBY, NY, NY

**DOB:** 02/05/1983   **Age:** 31 Y   **Sex:** male

**Primary Insurance:**
**PCP:**

**Home:**
**Work:**
**Cell:**
**Email:**

**Allergies :** N.K.D.A

| Date | Type | Note | Diagnosis |
|---|---|---|---|
| 01/16/2014 | MH Visit | TPR and MH Clinicians Progress Note | SMI - YES<br>Schizoaffective disorder, chronic<br>Diagnosis deferred<br>Hypercholesterolemia<br>GERD [Gastroesophageal reflux disease] |
| 12/26/2013 | MH Visit | TPR and MH Clinicians Progress Note | SMI - YES<br>Psychiatric disorder or problem<br>Diagnosis deferred<br>Hypercholesterolemia<br>GERD [Gastroesophageal reflux disease] |
| 12/26/2013 | MH Visit | TPR and MH Clinicians Progress Note | SMI - YES<br>Schizoaffective disorder, chronic<br>Diagnosis deferred<br>Hypercholesterolemia<br>GERD [Gastroesophageal reflux disease] |
| 12/26/2013 | Medical | hypothyroidism/hld/GERD/LBP | Hypothyroidism (acquired)<br>GERD [Gastroesophageal reflux disease]<br>Hypercholesterolemia |
| 12/24/2013 | TEL | Medication Renewal | Hypothyroidism (acquired) |
| 12/24/2013 | Orthopedic | Specialty Clinic Ortho | Lumbar sprain and strain |
| 12/18/2013 | TEL | Medication Renewal | Hypercholesterolemia |
| 12/10/2013 | PsychMeds | follow-up evaluation | Psychiatric disorder or problem<br>Diagnosis deferred<br>LBP [Low back pain]<br>Hypercholesterolemia |
| 12/04/2013 | MH Visit | TPR and MH Clinicians Progress Note | SMI - YES<br>Schizoaffective disorder, chronic<br>Diagnosis deferred<br>Hypercholesterolemia<br>GERD [Gastroesophageal reflux disease]<br>Back pain |
| 11/29/2013 | POSTesting | POS Testing Refusal | HIV COUNSELING |
| 11/26/2013 | PsychMeds | medication follow-up | Schizoaffective disorder, chronic<br>Hypercholesterolemia<br>Helicobacter pylori [H. pylori] infection<br>Diagnosis deferred<br>Hypothyroidism (acquired)<br>Back pain<br>GERD [Gastroesophageal reflux disease]<br>SMI - YES |
| 11/16/2013 | Sick Call | uri | ACUTE URI NOS |
| 11/14/2013 | TEL | | Helicobacter pylori [H. pylori] infection |
| 11/14/2013 | Medical | HYPOTHYROID, HYPERLIPIDEMIA;<br>H. PYLORI POSITIVE, F/U LABS | Hypothyroidism (acquired)<br>Hypercholesterolemia<br>Helicobacter pylori [H. pylori] infection<br>LBP [Low back pain] |
| 11/12/2013 | PsychMeds | medication follow-up | Schizoaffective disorder, chronic<br>Diagnosis deferred<br>GERD [Gastroesophageal reflux disease]<br>Hypercholesterolemia |
| 11/08/2013 | MH Visit | TPR and MH Clinicians Progress Note | SMI - YES |

**NYSID No:** 09577679Z  **B&C No:** 8951300534

**FORTEAU, CURTIS**
KIRBY, NY, NY

**DOB:** 02/05/1983  **Age:** 31 Y  **Sex:** male

**Primary Insurance:**
**PCP:**

Home:
Work:
Cell:
Email:

**Allergies :** N.K.D.A

| Date | Type | Reason | Diagnosis |
|---|---|---|---|
| | | | Schizoaffective disorder, chronic |
| | | | Diagnosis deferred |
| | | | Hypercholesterolemia |
| | | | GERD [Gastroesophageal reflux disease] |
| | | | Back pain |
| 10/30/2013 | TEL | Medication Renewal | Hypothyroidism (acquired) |
| 10/28/2013 | PsychMeds | medication follow-up | Schizoaffective disorder, chronic |
| | | | Diagnosis deferred |
| | | | GERD [Gastroesophageal reflux disease] |
| | | | Hypercholesterolemia |
| 10/24/2013 | Medical | HYPOTHYROID, HYPERLIPIDEMIA; H. PYLORI POSITIVE, F/U LABS | |
| 10/16/2013 | MH Visit | TPR and MH Clinicians Progress Note | SMI - YES |
| | | | Schizoaffective disorder, chronic |
| | | | Diagnosis deferred |
| | | | Hypercholesterolemia |
| | | | GERD [Gastroesophageal reflux disease] |
| | | | Back pain |
| 09/30/2013 | Sick Call | Dietary | Dietary surveillance and counseling |
| 09/30/2013 | Nursing | Refuse medication (Invega) | |
| 09/30/2013 | PsychMeds | medication follow-up | Schizoaffective disorder, chronic |
| | | | Diagnosis deferred |
| | | | Hypercholesterolemia |
| | | | Hypothyroidism (acquired) |
| | | | GERD [Gastroesophageal reflux disease] |
| 09/30/2013 | TEL | order clarification | |
| 09/27/2013 | PsychMeds | Refusing IM medication/ Referral from nursing/ medication follow-up | Diagnosis deferred |
| | | | Schizoaffective disorder, chronic |
| | | | Hypothyroidism (acquired) |
| | | | Backache NOS |
| | | | GERD [Gastroesophageal reflux disease] |
| 09/26/2013 | Nursing | refusing invega injection | |
| 09/24/2013 | Medical | lipids/hypothyroidism-> MEDICAL F/U -LABWORK RESULT | Hypothyroidism (acquired) |
| | | | Hypercholesterolemia |
| | | | GERD [Gastroesophageal reflux disease] |
| 09/19/2013 | MH Visit | TPR and MH Clinicians Progress Note | |
| 09/19/2013 | MH Visit | TPR and MH Clinicians Progress Note | SMI - YES |
| | | | Schizoaffective disorder, chronic |
| | | | Diagnosis deferred |
| | | | Hypercholesterolemia |
| | | | GERD [Gastroesophageal reflux disease] |
| | | | Psychiatric disorder or problem |
| | | | Back pain |
| 09/11/2013 | PsychMeds | medication follow-up/ referral from medical | Schizoaffective disorder, chronic |
| | | | Diagnosis deferred |
| | | | Dyspepsia NOS |
| | | | Backache NOS |
| 09/09/2013 | Medical | GERD | GERD [Gastroesophageal reflux disease] |
| | | | Psychiatric disorder or problem |
| | | | Hypothyroidism (acquired) |
| | | | Hypercholesterolemia |
| 09/04/2013 | TEL | Medication Renewal | Hypothyroidism (acquired) |

**NYSID No:** 095776792  **B&C No:** 8951300534
**FORTEAU, CURTIS**
KIRBY, NY, NY
**DOB:** 02/05/1983  **Age:** 31 Y  **Sex:** male
**Home:**
**Work:**
**Cell:**
**Email:**

**Primary Insurance:**
**PCP:**

**Allergies :**  N.K.D.A

| Date | Type | Note | Diagnosis |
|------|------|------|-----------|
| 08/29/2013 | Nursing | DOT -Medication | |
| 08/29/2013 | TEL | Medication Renewal | |
| 08/29/2013 | TEL | Medication Renewal | |
| 08/29/2013 | TEL | Medication Renewal | |
| 08/29/2013 | Nursing | mh | |
| 08/23/2013 | MH Visit | TPR and MH Clinicians Progress Note | SMI - YES |
| | | | Schizoaffective disorder, chronic |
| | | | Diagnosis deferred |
| | | | Hypercholesterolemia |
| | | | Hypothyroidism (acquired) |
| 08/19/2013 | Sick Call | | Arthralgias |
| | | | Dandruff |
| | | | GERD [Gastroesophageal reflux disease] |
| 08/13/2013 | Medical | Hypothyroidism/ Hypercholesteremia | Hypercholesterolemia |
| | | | Hypothyroidism (acquired) |
| 08/12/2013 | Nursing | Varicella screening | |
| 08/09/2013 | Nursing | Hiv test | Screening examination for unspecified infectious disease |
| 08/07/2013 | TEL | Medication Renewal | Hypothyroidism (acquired) |
| 08/07/2013 | PsychMeds | medication follow-up | Schizoaffective disorder, chronic |
| 08/02/2013 | Nursing | invega sustenna | |
| 08/01/2013 | PsychMeds | medication follow-up | |
| 07/31/2013 | MH Visit | TPR and MH Clinicians Progress Note | SMI - YES |
| | | | Schizoaffective disorder, chronic |
| | | | Diagnosis deferred |
| | | | Hypercholesterolemia |
| | | | Hypothyroidism (acquired) |
| 07/29/2013 | Sick Call | | Psychiatric disorder or problem |
| | | | Dyspepsia NOS |
| 07/26/2013 | Sick Call | Requesting for renewal of pain meds | Backache NOS |
| 07/18/2013 | PsychMeds | medication follow-up | Schizoaffective disorder, chronic |
| | | | Diagnosis deferred |
| | | | Dyspepsia NOS |
| | | | Backache NOS |
| 07/16/2013 | Medical | Hypothyroidism/lipids/labs | Schizoaffective disorder, chronic |
| | | | Hypercholesterolemia |
| | | | Hypothyroidism (acquired) |
| | | | Pain in limb |
| | | | ROUTINE MEDICAL EXAM |
| 07/11/2013 | TEL | MED RENEWAL, PATIENT NOT SEEN, PHARMACY REQUEST | |
| 07/11/2013 | PsychMeds | medication follow-up | |
| 07/09/2013 | TEL | Medication Renewal | Hypothyroidism (acquired) |
| 07/08/2013 | Sick Call | | Back pain |
| 07/04/2013 | Nursing | injection | |
| 07/03/2013 | Medical | Hypothyroidism/lipids/labs | Hypercholesterolemia |
| | | | Hypothyroidism (acquired) |
| 07/02/2013 | MH Visit | TPR and MH Clinicians Progress Note | SMI - YES |
| | | | Schizoaffective disorder, chronic |
| | | | Diagnosis deferred |
| | | | Hypercholesterolemia |

**NYSID No:** 095776792  **B&C No:** 8951300534
**FORTEAU, CURTIS**
KIRBY, NY, NY

**DOB:** 02/05/1983  **Age:** 31 Y  **Sex:** male

**Primary Insurance:**
**PCP:**

Home:
Work:
Cell:
Email:

Allergies :  N.K.D.A

| | | | |
|---|---|---|---|
| 06/26/2013 | MH Visit | MH Clinicians Progress Note | SMI - YES<br>Schizoaffective disorder, chronic<br>Diagnosis deferred<br>Hypercholesterolemia |
| 06/25/2013 | Sick Call | back pain | Backache NOS |
| 06/19/2013 | Medical | Hypothyroidism/lipids/labs | |
| 06/19/2013 | MH Visit | TPR and MH Clinicians Progress Note | SMI - YES<br>Schizoaffective disorder, chronic<br>Diagnosis deferred<br>Hypercholesterolemia |
| 06/12/2013 | PsychMeds | medication follow-up | Schizoaffective disorder, chronic<br>Diagnosis deferred<br>Hypercholesterolemia<br>Hypothyroidism (acquired) |
| 06/12/2013 | MH Visit | MH Clinicians Progress Note | SMI - YES<br>Schizoaffective disorder, chronic<br>Diagnosis deferred<br>Hypercholesterolemia<br>Hypothyroidism (acquired) |
| 06/11/2013 | TEL | Medication Renewal | Hypothyroidism (acquired) |
| 06/05/2013 | MH Visit | TPR and MH Clinicians Progress Note | SMI - YES<br>Schizoaffective disorder, chronic<br>Diagnosis deferred<br>Hypercholesterolemia |
| 06/04/2013 | Nursing | Invega Sustenna | |
| 06/04/2013 | Medical | Hypothyroidism/lipids/labs | |
| 05/31/2013 | Injury | Injury report | INJURY-SITE NOS |
| 05/31/2013 | Sick Call | requesting multivitamin | ROUTINE MEDICAL EXAM |
| 05/30/2013 | MH Visit | MH Clinicians Progress Note | SMI - YES<br>Schizoaffective disorder, chronic<br>Diagnosis deferred<br>Hypercholesterolemia<br>Hypothyroidism (acquired) |
| 05/23/2013 | MH Visit | TPR and MH Clinicians Progress Note | SMI - YES<br>Schizoaffective disorder, chronic<br>Diagnosis deferred<br>Hypercholesterolemia<br>Hypothyroidism (acquired) |
| 05/21/2013 | Medical | hypothyroidism/lipids/labs | |
| 05/18/2013 | PsychMeds | medication follow-up | |
| 05/16/2013 | MH Visit | MH Clinicians Progress Note | SMI - YES<br>Schizoaffective disorder, chronic<br>Diagnosis deferred<br>Hypercholesterolemia<br>Hypothyroidism (acquired) |
| 05/16/2013 | Medical | hypothyroidism/lipids/labs | |
| 05/15/2013 | TEL | Medication Renewal | Hypothyroidism (acquired) |
| 05/14/2013 | PsychMeds | medication follow-up | Schizoaffective disorder, chronic<br>Diagnosis deferred<br>Hypercholesterolemia<br>Hypothyroidism (acquired) |

NYSID No: 09577679Z   B&C No: 8951300534
FORTEAU, CURTIS
KIRBY, NY, NY

DOB: 02/05/1983   Age: 31 Y   Sex: male

Home:
Work:
Cell:
Email:

Primary Insurance:
PCP:

Allergies :   N.K.D.A

| | | | |
|---|---|---|---|
| 05/09/2013 | MH Visit | TPR and MH Clinicians Progress Note | SMI - YES |
| | | | Schizoaffective disorder, chronic |
| | | | Diagnosis deferred |
| | | | Hypercholesterolemia |
| | | | Hypothyroidism (acquired) |
| 05/04/2013 | Nursing | inj | |
| 05/02/2013 | MH Visit | MH Clinicians Progress Note | SMI - YES |
| | | | Diagnosis deferred |
| | | | Hypothyroidism (acquired) |
| | | | Dyspepsia NOS |
| | | | Schizoaffective disorder, chronic |
| | | | Back pain |
| 05/02/2013 | Medical | hypothyroidism,hypercholesterol | Hypothyroidism (acquired) |
| | | | Hypercholesterolemia |
| | | | Back pain |
| 05/01/2013 | Disch Plan | Discharge Plan | |
| 04/29/2013 | Disch Plan | DCP Progress Note | |
| 04/25/2013 | MH Visit | Psychosocial Evaluation and CTP | SMI - YES |
| | | | Schizoaffective disorder, chronic |
| | | | Diagnosis deferred |
| | | | Hypothyroidism (acquired) |
| | | | Hypercholesterolemia |
| | | | Dyspepsia NOS |
| 04/21/2013 | Disch Plan | DCP Progress Note | |
| 04/18/2013 | PsychMeds | KIRBY | Schizoaffective disorder, chronic |
| | | | Diagnosis deferred |
| | | | ROUTINE MEDICAL EXAM |
| 04/17/2013 | Intake | | ROUTINE MEDICAL EXAM |
| | | | Hypothyroidism (acquired) |
| | | | Hypercholesterolemia |
| | | | Dyspepsia NOS |
| | | | Psychiatric situation |
| 11/04/2012 | Disch Plan | Post Release Follow-Up | |
| 10/25/2012 | Injury | Injury # | HX INJURY NEC |
| 10/25/2012 | TEL | Discharge Medication | |
| 10/25/2012 | TEL | Discharge summary | |
| 10/23/2012 | Nursing | blood draw for mental health | |
| 10/22/2012 | Medical | BACK PAIN; Offer Influenza Vaccine; Offer Influenza Vaccine | |
| 10/19/2012 | MH Visit | TPR and MH Clinicians Progress Note | SMI - YES |
| | | | ROUTINE MEDICAL EXAM |
| | | | Paranoid schizophrenia, unspecified condition |
| | | | Alcohol dependence |
| | | | Diagnosis deferred |
| 10/17/2012 | PsychMeds | medication follow-up | Paranoid schizophrenia, unspecified condition |
| | | | Diagnosis deferred |
| | | | Back pain |
| 10/14/2012 | Injury | Injury # | ROUTINE MEDICAL EXAM |
| 10/12/2012 | MH Visit | MH Clinicians Progress Note | SMI - YES |
| | | | Paranoid schizophrenia, unspecified condition |
| | | | Diagnosis deferred |
| | | | Back pain |

**NYSID No:** 095776792  **B&C No:** 8951300534
**FORTEAU, CURTIS**
KIRBY, NY, NY

**DOB:** 02/05/1983   **Age:** 31 Y   **Sex:** male

**Primary Insurance:**
**PCP:**

**Home:**
**Work:**
**Cell:**
**Email:**

**Allergies :**  N.K.D.A

| | | | |
|---|---|---|---|
| 10/12/2012 | Injury | injury # Pt is claiming no injuries | HX INJURY NEC |
| 10/11/2012 | Medical | BACK PAIN | |
| 10/10/2012 | Nursing | DOT meds. | |
| 10/08/2012 | Nursing | DOT meds | |
| 10/05/2012 | MH Visit | TPR and MH Clinicians Progress Note | SMI - YES |
| | | | Paranoid schizophrenia, unspecified condition |
| | | | Alcohol dependence |
| | | | Diagnosis deferred |
| 10/04/2012 | PsychMeds | DOC | Paranoid schizophrenia, unspecified condition |
| | | | Fungus infection NOS |
| | | | Diagnosis deferred |
| | | | Alcohol dependence |
| 10/04/2012 | MH Visit | medication follow-up | Paranoid schizophrenia, unspecified condition |
| | | | Diagnosis deferred |
| | | | Back pain |
| 10/02/2012 | PsychMeds | medication follow-up | Paranoid schizophrenia, unspecified condition |
| 09/29/2012 | MH Visit | MH Clinicians Progress Note | SMI - YES |
| | | | Paranoid schizophrenia, unspecified condition |
| | | | Diagnosis deferred |
| | | | Back pain |
| 09/29/2012 | PsychMeds | med order correction | |
| 09/28/2012 | PsychMeds | medication follow-up | Paranoid schizophrenia, unspecified condition |
| | | | Diagnosis deferred |
| | | | Back pain |
| 09/27/2012 | Disch Plan | Discharge Plan | |
| 09/27/2012 | Medical | back pain | |
| 09/24/2012 | MH Visit | Psychosocial Evaluation and CTP | SMI - YES |
| | | | Alcohol dependence |
| 09/24/2012 | Disch Plan | DCP Progress Note | |
| 09/24/2012 | Disch Plan | DCP Progress Note | |
| 09/23/2012 | TEL | | Paranoid schizophrenia, unspecified condition |
| 09/21/2012 | Medical | refered from MH for requested tylenol for back pain | Back pain |
| | | | Fungus infection NOS |
| 09/21/2012 | PsychMeds | medication follow-up | Paranoid schizophrenia, unspecified condition |
| | | | Diagnosis deferred |
| 07/21/2012 | PsychMeds | | Paranoid schizophrenia, unspecified condition |
| | | | Diagnosis deferred |
| 07/21/2012 | MH Visit | Mental Health Intake | Likely SMI - YES |
| | | | Delusional disorder |
| | | | Diagnosis deferred |
| | | | ROUTINE MEDICAL EXAM |
| 07/20/2012 | Intake | | ROUTINE MEDICAL EXAM |
| | | | MENTAL PROBLEMS NEC |

**Referrals**

**Outgoing Referrals**

| Referral From | Referral To | Start Date | End Date | Reason |
|---|---|---|---|---|
| Samuel Okorozo, PA | Dermatology (REF) Bellevue | 02/14/2014 | 02/14/2015 | ***Pt has multiple lesions on glen of his penis which he claimed has been there since childhood. Pls evaluate \|Richard,Jean , MD 2/18/2014 4:10:59 PM > Approved |
| Kennedy F Gordon | Radiology (REF) Bellevue | 12/24/2013 | 12/24/2014 | MRI of th lumbar spine. Rule out HNP/Nerve root compression/Spinal stenosis |

**NYSID No:** 09577679Z  **B&C No:** 8951300534

**FORTEAU, CURTIS**
KIRBY, NY, NY

DOB: 02/05/1983   Age: 31 Y   Sex: male

Home:
Work:
Cell:
Email:

Primary Insurance:
PCP:

Allergies :  N.K.D.A

| | | | | |
|---|---|---|---|---|
| Jayanta Ray | Orthopedic WF | 11/14/2013 | 11/14/2014 | LBP\|Park,Joon , MD 11/15/2013 10:41:18 AM > approved |
| Jayanta Ray | Dietary (REF) AMKC | 09/09/2013 | 09/09/2014 | HLD |
| Jayanta Ray | Mental Health AMKC | 09/09/2013 | 09/09/2014 | psych d/o |
| Trevor Golbourne, PA | Mental Health AMKC | 07/29/2013 | 07/29/2014 | "I need to see Mental Health to discuss my medication, I am having adverse effects from the medicine that is Rx'ed". |
| Mohammad Kalam | Mental Health AMKC | 07/16/2013 | 07/16/2014 | Schizoaffective D/O |
| Linda Unneland, MHC | Discharge Planning AMKC | 04/25/2013 | 04/25/2014 | Psychosocial completed. Linda Unneland, LCSW-R\|5/1/2013 Discharge Plan completed. |
| Laali Ali , MD | Mental Health AMKC | 04/18/2013 | 04/18/2014 | C71, psych |
| Robert Greene | Discharge Planning AMKC | 09/24/2012 | 09/24/2013 | Psychosocial/CTP completed\|DCP completed |
| Mental Health AMKC | Medical Follow Up AMKC | 09/21/2012 | 09/21/2013 | 29 y/o AA male with a history of schizophrenia paranoid type complaining of back pain.\|scheduled f/u on 9/27/12\|Park,Joon , MD 9/24/2012 9:10:47 AM > Reviewed |
| James Rich (inactive), PA | Mental Health AMKC | 07/21/2012 | 07/21/2013 | Mental health problem |
| Eric (Deactivated 01/15/14) Gauen | Mental Health AMKC | 07/20/2012 | 07/20/2013 | DOHMH referral - uncooperativeness with defense counsel, extreme/bizarre offense type, appearing disheveled/lack of self-care and hx of psychiatric problems. This pt was in the news for allegedly stabbing a woman in the abdomen while trying to rob her. |

Fingerprint response on 07/18/2012 04:06 pm for transaction 1530429?

nterim release Status: Posted Bail

ncarceration/Supervision Information

### Probation Information

| | |
|---|---|
| Name: | CURTIS FORTEAU |
| Sex: | Male |
| Race: | Black |
| Ethnicity: | Not Hispanic |
| Placed on Probation: | August 01, 2001 |
| Max Expiration Date: | July 31, 2004 |
| Supervision Agency: | Bronx County Probation Adult Supervision- High Risk |
| Jurisdiction Agency | Bronx County Probation Adult Supervision- High Risk |
| Probation Officer ID : | XARCH |
| Probation Registration Number: | 2411657 |
| Probation Case Number: | XS0005421 |
| Probation Discharge Date: | March 21, 2003 |
| Discharge Type: | Early Discharge |

## ⟩ Other History Related Information                              ⬆

There is no Other History Related Information associated with this history.

## ⟩ Job/License Information                                        ⬆

### Civil Information

| | |
|---|---|
| Type of Application: | Employee Applicant |
| Comments: | CPW |
| Name: | CURTIS M FORTEAU |
| Address: | 255 EAST 203 STREET APT FL1, BRONX, NY 10458 |
| Date of Birth: | February 05, 1983 |
| SSN: | 076680506 |
| Agency ID: | 846LAB |
| Date of Application: | May 11, 2010 |
| Application Agency: | NYC Citywide Administration Services - Division of City Personnel |
| Application Number: | 846LAB |

| | |
|---|---|
| Type of Application: | Security Guard Registrant |
| Name: | CURTIS M FORTEAU |
| Address: | 255 EAST 203RD ST, PH, BRONX, NY 10458 |
| Ethnicity: | Unknown |
| Date of Birth: | February 05, 1983 |
| SSN: | 076680506 |
| Agency ID: | 10010447749 |
| Date of Application: | May 15, 2007 |
| Application Agency: | NYS Department of State- Licensing Division |
| Application Number: | 10010447749 |

| | |
|---|---|
| Type of Application: | Special Patrolman |
| Name: | CURTIS FORTEAU |

Fingerprint response on 07/18/2012 04:06 pm for transaction 15301297

Address:                 255 EAST 203 STREET, APT 1FL, BRONX, NY 10458
US Citizen :
Date of Birth:           February 05, 1983
SSN:                     076680506
Agency ID:               8004F975
Date of Application:     April 23, 2007
Application Agency:      NYCPD Applicant Investigation Unit
Application Number:      8004F975

## Wanted Information
There is no NYS Wanted Information associated with this history.

## Missing Person Information
There is no NYS Missing Person Information associated with this history.

## Additional Information

**Summary Counts:** The Transaction data may also be included in a cycle in the rap. If it is included, information from the transaction will be used in calculating the Summary section. If it is not included in any of the cycles then the transaction information will not be part of the Summary section data.

**Courts Please Note:** Pursuant to CPL 160.40 (02) one copy of a fingerprint based rapsheet must be provided to the Defense Attorney.

**According to our files, this individual does not appear to have History in III. However this does not preclude the possibility that the FBI does have a record. If you desire this information, please submit a request directly to the FBI.**

**Youthful Offender** - Utilization of the Youthful Offender data is restricted to official purposes authorized by law and should not be further disseminated except upon specific authorization of a court or where specifically required or permitted by statute.

**Sentencing** – Where an individual is sentenced June 1, 1981 or later on more than one charge within a docket, the sentence may be considered to be concurrent unless identified as consecutive.

## Federal NCIC, III and/or FBI Response

## ◉ NCIC Information

The following information is provided in response to your request for a search of the NCIC Person files based on:

- ◆ **Name: FORTEAU, CURTIS**
- ◆ **Sex: M**
- ◆ **Race: B**
- ◆ **Date of Birth: 02/05/1983**

TO: NYC COMPTROLLER'S OFFICE
   1 CENTRE STREET, ROOM 1225
   NEW YORK, N.Y.  10007

FROM: CURTIS PETER MICHAEL FORTEAU-ROOK & CASE# 951300534
A.M.K.C  C-95  DORM 2 UPPER
15 - 15 HAZEN ST
EAST ELMHURST, N.Y, 11370



MAY - 9 2014

PRO SE OFFICE

   I AM WRITING YOU THIS LETTER TO INFORM YOU AND
I NEED YOU TO **PLEASE INVESTIGATE ALL MY IMPORTANT SERIOUS
MAJOR ISSUES ABOUT MY HUMAN AND CIVIL RIGHTS BEING VIOLATED
IN ALMOST EVERY WAY.**
I AM  BORN AN RAISED IN THE BRONX N.Y.C, I NEVER EVER WAS IN
ANY TYPE OF SPECIAL EDUCATION CLASSES IN SCHOOL EVER AND
NEVER IN ANY TYPE OF PSYCHOLOGICAL CLASSES EVER, I GREW UP IN TOP
CLASSES IN SCHOOLS AND MY GRADES WERE NEVER FAILING. I AM
NEVER EVER BORN WITH ANY PSYCHOLOGICAL ILLNESSES AND I AM
NEVER EVER  SCHIZOPHRENIC EVER.
   I **PREACH** I AM WORKING ON **THEOLOGY** IN COLLEGE TO BE A PREACHER...I AM
ALSO A (SUPERVISOR) SEASONAL CITY PARK WORKER WITH N.Y.C. **I AM** ALSO
A **CERTIFIED SECURITY GUARD WITH** N.Y STATE **CERTIFIED IN ANTI**-TERRORISM
**C.P.R AND MANY OTHER CERTIFICATIONS.**
   I HAVE BEEN LOOKING FOR THE RIGHT RESOURCES (ATTORNEYS, CORRECT OFFICE
AND AGENCIES TO NOTIFY E.T.C) THAT THEY COULD RESPOND TO ME
AS SOON AS POSSIBLE. I MADE MORE THAN ONE  COMPLAINT AND REPORTS

TO DIFFERENT AUTHORITEES AND AGENCIES ON ALL MY ISSUES
I AM SUFFERING FROM MANY VERY EXCRUCIATING SEVERE DAMAGING
DESTROYING HARSH HARMFULL PAINS. SO ON RECORD THERE SHOULD BE
SOMETHING THAT I REPORTED TO AUTHORITIES.

ONE OF MY MOST IMPORTANT SERIOUS MAJOR ISSUES I WANT TO SUE FOR $10 MILLION DOLLARS ARE THE PSYCHOLOGICAL MEDICATIONS THE DOCTORS, PSYCHIATRISTS, NURSES ETC ARE PRESCRIBING IS DAMAGING DESTROYING MY HEALTH. I AM EXPERIENCING SUFFERING WITH EXCRUCIATING VERY SEVERE DAMAGING DESTROYING HEART PAINS THAT FEELS LIKE SHARP NEEDLES ARE IN MY HEART FROM THOSE PSYCHOLOGICAL MEDICATIONS INVESA SUSTENNA (Paliperidone PALMITATE) AND (RISPERIDONE CONSTA) WHEN MY HEART BEATS I FEEL SHARP NEEDLES VERY EXCRUCIATING SEVERE PAINS WITH EACH BEAT OF MY HEART. MANY MORNINGS I WAKE UP SUFFERING IN EXCRUCIATING VERY SEVERE PAINS AND I CANNOT MOVE. I SUFFERED A FORM OF A HEART ATTACK VERY EXCRUCIATING AND SEVERE IN 2007 FROM THE AFFECTS OF (RISPERIDONE CONSTA). IN 2007 WHEN I EXPERIENCED THIS VERY EXCRUCIATING SEVERE DAMAGING HEART ATTACK I WAS IN THE HOSPITAL FOR ALMOST A MONTH SOON AFTER THIS SITUATION THE DOCTORS THAT WAS PRESCRIBING RISPERIDONE CONSTA REMOVED ME FROM THOSE PSYCHOLOGICAL MEDICATIONS IN RECENT APPOINTMENTS WITH THE DOCTORS AT RIKERS ISLAND I REPORTED EVERYTHING I AM SAYING NOW TO YOU AND THE DOCTORS, PSYCHIATRISTS, NURSES AND STAFF ETC AT RIKERS ISLAND NEVER EVER HELP ME IN ANY WAY. I AM ALSO LIVING WITH SUFFERING WITH EXCRUCIATING VERY SEVERE BACK PAINS IN MY LOWER SPINAL COLUMN (DISK) THESE VERY EXCRUCIATING SEVERE DAMAGING PAINS ARE INTENSE PAINS ALL DAY IN MY LOWER BACK LEAVING ME SOME DAYS PARALYZED ALL DAY, SOME SITUATIONS FOR WEEKS PARALYZED IN VERY EXCRUCIATING SEVERE DAMAGING DESTROYING PAINS (UNABLE TO COOK FOR MYSELF OR WORK OR DO ANYTHING FOR MYSELF.) MY REPRODUCTION SYSTEMS IS ALSO BEING VERY SEVERE DAMAGED DESTROYED FAILING (NOTE:

(4)

(NOTE: I DO NOT KNOW IF I COULD STILL MAKE CHILDREN)

THOSE PSYCHOLOGICAL MEDICATIONS INVEGA SUSTENNA (Pali Peridone Palmitate) AND (RISPERIDONE CONSTA) DAMAGED DESTROYED MY REPRODUCTION SYSTEMS SO MUCH THAT WHEN I AM TRYING TO HAVE ERECTION MY (PENIS) NEVER DOES WORK AND MANY SITUATIONS WHEN I AM HAVING SEX I NEVER EJACULATE (NOTHING Comes OUT OF MY PENIS) BEFORE I EVER WAS ON THOSE PSYCHOLOGICAL MEDICATIONS INVEGA SUSTENNA (Pali Peridone Palmitate) AND (RISPERIDONE CONSTA) I NEVER HAD ANY OF THESE MEDICAL HEALTH ISSUES MANY DOCTORS, PSYCHIATRISTS, NURSES AND STAFFS WHERE TELLING ME THAT THOSE PSYCHOLOGICAL MEDICATIONS INVEGA SUSTENNA (Pali Peridone Palmitate) AND (RISPERIDONE CONSTA) NEVER EVER GIVES ME THE BAD SEVERE SIDE AFFECTS I AM REPORTING TO THEM, EVEN THOUGH WHEN IN THE MAKERS PAMPHLET IT CLEAR STATES THAT EVERY EXCRUCIATING SEVERE PAINS AND DAMAGES DESTRUCTIONS TO MY REPRODUCTIONS SYSTEMS I AM SUFFERING WITH AND MANY MORE HEALTH ISSUES THAT I AM EXPERIENCING IS FROM THOSE PSYCHOLOGICAL MEDICATIONS INVEGA SUSTENNA (Pali Peridone Palmitate) AND (RISPERIDONE CONSTA). (NOTE: THE DOCTORS, PSYCHOLOGISTS, NURSES AND STAFFS DO NOT EVEN KNOW FOR SURE WHAT ALL THE BAD SEVERE SIDE AFFECTS OF THOSE PSYCHOLOGICAL MEDICATIONS INVEGA SUSTENNA (Pali Peridone Palmitate) AND (RISPERIDONE CONSTA) CONTAIN, NEITHER DOES THE MAKERS OF THOSE MEDICATIONS NEVER EVER KNOWS ALL THE BAD EXCRUCIATING VERY SEVERE DAMAGING DESTROYING HARMFULL SIDE AFFECTS.) THE MAKERS PAMPHLET FOR INVEGA SUSTENNA (Pali Peridone Palmitate) I AM SENDING COPIES OF WITH COPIES OF MY MEDICAL RECORDS TO SHOW THE PROOF OF EVERYTHING I AM SAYING. THE MAKERS PAMPHLET SAY THE BAD EXCRUCIATING SEVERE DAMAGING DESTROYING VERY HARMFULL SIDE AFFECTS I CIRCLED AND UNDERLINED IMPORTANT FACTS THAT PERTAIN TO MY $10 MILLION DOLLAR LAWSUIT.

SOME OF WHAT THE MAKERS PAMPHLET SAYS ARE: ONE RISK OF INVEGA SUSTENNA IS THAT IT MAY CHANGE YOUR HEART RHYTHM. THIS EFFECT IS POTENTIALLY SERIOUS. YOU SHOULD TALK TO YOUR DOCTOR ABOUT ANY CURRENT OR PAST HEART PROBLEMS. BECAUSE THESE PROBLEMS COULD MEAN YOU'RE HAVING A HEART RHYTHM ABNORMALITY. CONTACT YOUR DOCTOR IMMEDIATELY IF YOU FEEL A CHANGE IN THE WAY THAT YOUR HEART BEATS (Palpitations). ALSO INVEGA SUSTENNA AND SIMILAR MEDICINES CAN RAISE THE BLOOD LEVELS OF A HORMONE CALLED PROLACTIN AND BLOOD LEVELS OF PROLACTIN REMAIN HIGH WITH CONTINUED USE, THIS MAY RESULT IN SOME SIDE EFFECTS INCLUDING... DEVELOPMENT OF BREAST IN MEN OR PROBLEMS WITH ERECTIONS BOTH OF THESE SIDE EFFECT I AM EXPERIENCING TO THIS DAY. (MAY CAUSE FETAL HARM) (ALSO METABOLIC CHANGES: ATYPICAL ANTIPSYCHOTIC DRUGS HAVE BEEN ASSOCIATED WITH METABOLIC CHANGES THAT MAY INCREASE CARDIOVASCULAR / CEREBROVASCULAR RISK. THESE METABOLIC CHANGES INCLUDE HYPERGLYCEMIA, DYSLIPIDEMIA AND BODY WEIGHT GAIN. WHILE ALL OF THE DRUGS IN THE CLASS HAVE BEEN SHOWN TO PRODUCE SOME METABOLIC CHANGES, EACH DRUG HAS ITS OWN SPECIFIC RISK PROFILE.) FROM THE AFFECTS OF PSYCHOLOGICAL MEDICATIONS INVEGA SUSTENNA (Paliperidone Palmitate) AND (RISPERIDONE CONSTA) MORE THAN ONE DOCTORS, PSYCHIATRISTS NURSES ETC. TOLD ME MY THYROIDS ARE FAILING, I AM SENDING WITH THIS AS PROOF MY HEALTH RECORDS. I AM BEING PRESCRIBED LEVOTHYROXINE 75 mcg TABLET TO HELP MY THYROIDS STOP FAILING. FROM THE AFFECTS OF THESE PSYCHOLOGICAL MEDICATIONS MORE THAN ONE DOCTORS, PSYCHIATRISTS, NURSES ETC. TOLD ME MY CHLESTROL IS A PROBLEM TOO (BEFORE I WAS NEVER ON ANY PSYCHOLOGICAL MEDICATIONS I NEVER HAD ANY OF THESE HEALTH PROBLEMS), I AM BEING PRESCRIBED SIMVASTATIN 20 mg TABLET TO HELP STOP MY CHLESTROL PROBLEMS.

THE FACTS THAT THOSE PSYCHOLOGICAL MEDICATIONS ARE CAUSING ME
MANY HEALTH PROBLEMS INCLUDING DEFORMITY TO MY BODY (NOTE: MY CHEST IS
GROWING INTO FEMALE BODY PARTS (BREAST) JUST LIKE THE MAKERS PAMPHLET
SAYS, AND MY LOWER BODY IS BECOMING DEFORMED) BEFORE I WAS NEVER
ON ANY PSYCHOLOGICAL MEDICATIONS I NEVER EVER HAD ANY OF THESE
**HEALTH PROBLEMS.** (POSSIBLE SOME OF THE REGULAR MEDICATIONS ARE
ADDING INTENSIFYING THOSE PSYCHOLOGICAL MEDICATIONS BAD
EXCRUCIATING VERY SEVERE DAMAGING DESTROYING SIDE AFFECTS.
I AM **SUFFERING** WITH EXCRUCIATING SEVERE DAMAGING DESTROYING PAINS
THROUGH **MY ENTIRE BODY** AND WHEN I REPORT THIS TO THOSE DOCTORS, PSYCHIATRISTS,
NURSES ETC. THEY PRESCRIBED ME SOME PAIN MEDICATIONS BUT THATS TEMPORARY
AND DAMAGING TO MY HEALTH WITH LONG TERM USE, THEN AFTER THOSE PAIN
MEDICATIONS ARE DONE **THEY** DO NOT HELP ME IN NO OTHER WAY, I AM LEFT
TO SUFFER WITH EXCRUCIATING VERY SEVERE DAMAGING DESTROYING PAINS.
(NOTE: I DO NOT **KNOW** TOTAL **EXTENT** TO THE **LONG TERM DAMAGES** AND
**DESTRUCTION** ON **MY ENTIRE BODY**) (NOTE: I KNOW I AM ONE OF THOSE PEOPLE
THAT CAN NOT TAKE PSYCHOLOGICAL MEDICATIONS THOSE DO MORE **DAMAGE** TO ME
THAN HELP ME, **I AM EXTRA SENSITIVE TO PSYCHOLOGICAL MEDICATIONS**).
ON **RIKERS** ISLAND WHERE I AM NOW SOME OF THE DOCTORS AND
PSYCHIATRISTS PRESCRIBING THOSE PSYCHOLOGICAL MEDICATIONS I'VE GA SUSTENNA
(RISPERIDONE PALMITATE) ARE **DR. KILUVIA,** SOME OF THE DOCTORS I ASKED THERE **NAMES**
AND TO SPELL THERE NAMES AND **THEY SAID NO,** SOME OF THE DOCTORS I
ASKED TO DEFINE THE **ILLNESSES** (BAD SIDE AFFECTS) FROM THE MAKERS
PAMPHLETS AND **THEY SAID NO.**

7

A PSYCHIATRIST AND SUPERVISOR THAT HELPED ME
PSYCHIATRIST MARTIN RICKETTS AND HIS SUPERVISOR HEREDIA
I WAS GIVEN THE RIGHT TO REFUSE THOSE BAD PSYCHOLOGICAL MEDICATIONS
INVEGA SUSTENNA (Paliperidone Palmitate) AND (RESPERIDONE CONSTA)
AND I AM REFUSING PSYCHOLOGICAL MEDICATIONS AS OF SEPTEMBER 26-2013
ON SEPTEMBER·27·2013 DR. KILOVIA MET WITH ME WE SPOKE ABOUT ALL
THE PSYCHOLOGICAL MEDICATIONS BAD SIDE AFFECTS (HE DID NOT KNOW ALL
THE SIDE AFFECTS OF THOSE PSYCHOLOGICAL MEDICATIONS I SHOWED HIM
THE MAKERS PAMPHLET AND HE AGREED THAT ALL THE MEDICAL HEALTH PROBLEMS
I AM SUFFERING WITH ARE FROM THOSE PSYCHOLOGICAL MEDICATIONS) BUT
HE TRIED TO CHANGE MY MEDICATIONS TO (RESPERIDONE CONSTA) AND I REFUSED
BECAUSE ALL THE EXCRUCIATING SEVERE DAMAGING DESTROYING HARMFUL
PAINS AND HEALTH PROBLEMS I AM EXPERIENCING SUFFERING WITH IS
THE SAME WITH ALL THOSE BAD PSYCHOLOGICAL MEDICATIONS.
ALMOST EVERY DOCTORS, PSYCHIATRISTS, NURSES AND STAFF ETC ON RIKERS
ISLAND AND AT ALL THE HOSPITALS I HAVE BEEN IN
(NOTE: JACOBI BRONX HOSPITAL, NORTH CENTRAL BRONX HOSPITAL, SAINT
BERNABUS BRONX HOSPITAL, BELLEVUE HOSPITAL, KIRBY FORENSIC PSYCHIATRIC
CENTER) THEY ALL TAKE ADVANTAGE OF ME VERY SEVERE ·DAMAGING
DESTROYING HARMING ME, HURTING ME MORE WITH ILLEGAL THINGS
THEY ARE DOING TO ME. (NOTE: WHILE I AM SUFFERING IN EXCRUCIATING
SEVERE DAMAGING DESTROYING PAINS FROM THE AFFECTS OF THOSE
PSYCHOLOGICAL MEDICATIONS) THOSE DOCTORS, PSYCHIATRISTS, NURSES AND STAFF
ETC. NEVER EVER HELP ME IN ANY WAY THEY NEVER SPEAKING THE TRUTH
IN ANYWAY. THEY LIED TO ME ABOUT ALMOST EVERYTHING THAT HAS
SOMETHING TO DO WITH THOSE PSYCHOLOGICAL MEDICATIONS INVEGA SUSTENNA
(Paliperidone Palmitate) AND (RESPERIDONE CONSTA).

Just To Mention a Few cases where I was ABUSED IN N.Y.C HOSPITALS Possible THE YEAR WAS 2005 I WAS ILLEGALLY SENT TO NORTH CENTRAL BRONX HOSPITAL a STAFF (NURSE) THERE NAME BENJAMIN VARONA CHOKED AND PUNCHED ME ALL OVER MY BODY PLUS THE OTHER STAFF MEMBERS NURSES, DOCTORS ETC. WAS INVOLVED IN THE VERY SEVERE DAMAGING INJURIES ASSAULTS ON ME (NOTE: AT ALMOST ALL THE HOSPITALS SOME OF THE PATIENTS THAT WAS INSTIGATED (WORKING WITH THE STAFF) VERY SEVERE DAMAGING DESTRUCTIVE VIOLENT HARSH AND HARMFULL ASSAULTED ME ON MORE THAN ONE OCCASIONS). Possible MR. BENJAMIN VARONA WAS FIRED FOR THOSE SITUATIONS. I REPORTED ALL THE VERY SEVERE DAMAGING DESTRUCTIVE VIOLENT HARSH AND HARMFULL ABUSES ASSAULTS ON ME THAT WERE GOING ON AT THAT HOSPITAL AND MANY MORE SITUATIONS AT OTHER HOSPITALS INVOLVING STAFFS, PATIENTS AND DOCTORS ABUSING ASSAULTING ME. ANOTHER CASE IS WHEN I WAS AT KIRBY FORENSIC PSYCHIATRIC CENTER WARD 6 EAST MANY OF THE (SHTA'S WORKERS) WERE VERY SEVERE DAMAGING DESTRUCTIVE VIOLENT HARSH AND HARMFUL. POSSIBLE THE YEAR WAS 2009 A (SHTA STAFF) WITH LAST NAME AS LARRY AND ANOTHER SHTA'S WITH SECURITY GUARDS VERY SEVERE DAMAGING DESTRUCTIVE VIOLENT HARSH AND HARMFULL PHYSICAL ASSAULTED ME SEVERE WITH KICKS AND PUNCHS MR. LARRY VERY SEVERE DAMAGING DESTRUCTIVE VIOLENT HARSH AND HARMFULL KICKED ME BETWEEN MY LEGS IN MY PRIVATE PARTS WITH HIS KNEE'S WHILE HOLDING ME VERY SEVERE VIOLENT CHOKING ME, POSSIBLE MR. LARRY WAS FIRED FOR THAT. ALL CASES THAT I MENTIONED SHOULD BE ON CAMERA WITHIN THE HOSPITALS AND THERE WAS WITNESSES (STAFF, PATIENTS ETC.) I WANT TO BRING UP CRIMINAL CHARGES AND MILLIONS OF DOLLARS IN LAWSUITS AGAINST THE HOSPITALS AND ALL THOSE INVOLVED FOR ALL MY VERY SEVERE EXCRUCIATING DAMAGING DESTROYING HARSH AND HARMFULL PAINS AND SUFFERINGS.

BEFORE THIS ANGELE I WAS BEING SEEN FOR TREATMENT BY A GROUP OF DOCTORS IN THE BRONX AND I WAS CLEARED FROM THEM AND A STATE JUDGE THAT I NEVER EVER HAD TO RECEIVE PSYCHOLOGICAL MEDICATIONS OR PSYCHOLOGICAL TREATMENT EVER AGAIN. I AM NEVER EVER PSYCHOLOGICAL ILL EVER AND I AM NEVER EVER SCHIZOPHRENIC. THEY LABELED ME AS THAT SO WHEN I SPEAK NO ONE WILL LISTEN TO ME. THERE ARE A LOT OF BAD AND EVIL PEOPLE HOLDING ME ON THESE (DRUGS)MEDICATIONS, SO THAT THE COMPLETE TRUTH HONEST NEVER EVER COMES OUT.

ALL MEDICAL HEALTH ISSUES SITUATIONS THAT I AM EXPERIENCING AND MENTIONED WITH ALL THE VERY SEVERE DAMAGING DESTRUCTIVE VIOLENT HARSH AND HARMFUL CASES SITUATIONS I EXPERIENCED AND MENTIONED HAPPENED ON MORE THAN ONE OCCASIONS WITH DIFFERENT PEOPLE AND PATIENTS I WITNESSED AND MANY MORE PATIENTS WITNESSED THE VERY SEVERE DAMAGING ABUSES AND ETS HAPPENING TO THEM TOO.

Carter P. M. Feilann

ANTONIO MIGUEL FRAZIER
COMMISSIONER OF DEEDS
No: 2-13376
Qualified in Queens County
Commission Expires July 1 2014

Antonio M. Frazier

10/31/13