UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

*CURTIS PETER MICHAEL FORTEAU*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 9/29/14

*(In the space above enter the full name(s) of the plaintiff(s).)*

**AMENDED
COMPLAINT**

under the Civil Rights Act,
42 U.S.C. § 1983

-against-

*NEW YORK CITY
HEALTH AND HOSPITAL CORPORATION
CITY OF NEW YORK
M.D JAY PASCUAL /KIRBY FORENSIC PSYCHIATRIC CENTER
R.N LASTNAME MR. JIMENEZ /KIRBY FORENSIC PSYCHIATRIC CENTER
SH.TA LASTNAME VELEZ /KIRBY FORENSIC PSYCHIATRIC CENTER
R.N LAST NAME FORD /KIRBY FORENSIC PSYCHIATRIC CENTER*

Jury Trial: ☑ Yes  ☐ No

(check one)

14 Civ. 3637 ( )

*DOCTOR MR. SHEKU MAGONA /KIRBY FORENSIC PSYCHIATRIC CENTER
PLEASE READ FROM HAND WRITTEN DOCUMENTS THANK YOU*

*(In the space above enter the full name(s) of the defendant(s). If you
cannot fit the names of all of the defendants in the space provided,
please write "see attached" in the space above and attach an
additional sheet of paper with the full list of names. The names
listed in the above caption must be identical to those contained in
Part I. Addresses should not be included here.)*

**I.     Parties in this complaint:**

A.     List your name, identification number, and the name and address of your current place of
confinement.  Do the same for any additional plaintiffs named.  Attach additional sheets of paper
as necessary.

Plaintiff's     Name   *CURTIS PETER MICHAEL FORTEAU*
ID# *BOOK AND CASE# 895 1300534    DIN# 14A3317*
Current Institution  *CLINTON CORRECTIONAL FACILITY LOWER F-1-31 CELL*
Address   *P.O BOX 2000*
         *DANNEMORA, N.Y 12929*

B.     List all defendants' names, positions, places of employment, and the address where each defendant
may be served.  Make sure that the defendant(s) listed below are identical to those contained in the
above caption.  Attach additional sheets of paper as necessary.

Defendant No. 1     Name   *NEW YORK CITY
HEALTH AND HOSPITAL CORPORATION* Shield # _____
Where Currently Employed *HEALTH AND HOSPITAL CORPORATION*
Address *125 WORTH ST STE 510*
       *NEW YORK, NY 10013*

*Rev. 01/2010*                                    1

Defendant No. 2    Name  CITY OF NEW YORK                Shield #_____
Where Currently Employed  CITY OF NEW YORK
Address  100 CHURCH ST RM 3-176
NEW YORK, N.Y 10007

Defendant No. 3    Name  DOCTOR KILUVIA                Shield #_____
Where Currently Employed  RIKER ISLAND JAIL A.M.KC C-95 CLINIC/
Address  1818 HAZEN EAST ELMHURST
N.Y 11370

Who did what?

Defendant No. 4    Name  M.D JAY PASCUAL                Shield #_____
Where Currently Employed  KIRBY FORENSIC PSYCHIATIC CENTER
Address  _____

Defendant No. 5    Name  1NURSE/LAST NAME MR. JOHNSON        Shield #_____
Where Currently Employed  BELLEVUE HOSPITAL
Address  _____


## II.    Statement of Claim:

State as briefly as possible the facts of your case.   Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Attach additional sheets of paper as necessary.


A.    In what institution did the events giving rise to your claim(s) occur?
RIKERS JAIL A.M.KC C-95 1818 HAZEN EAST ELMHURST N.Y 11370
AND PLEASE READ FROM HAND WRITTEN DOCUMENTS THANKS


B.    Where in the institution did the events giving rise to your claim(s) occur?
RIKERS ISLAND JAIL A.M.K.C C-95 1818 HAZEN ST EAST ELMHURST N.Y 11370
CLINIC/ PLEASE READ FROM HAND WRITTEN DOCUMENTS THANKS

C.    What date and approximate time did the events giving rise to your claim(s) occur?
SEPTEMBER·26·2013
_____
_____


D.    Facts: MY MEDICAL RECORDS
_____

What happened to you?

PLEASE READ ALL FROM ATTACHED DOCUMENTS THANKS

**Was anyone else involved?**

**Who else saw what happened?**

### III.    Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

PLEASE READ ALL FROM ATTACHED DOCUMENTS THANKS

### IV.    Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes  ✓   No ____

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

RIKERS ISLAND JAIL A.M.K.C.C. 95 1818 HAZEN ST EAST ELMHURST N.Y 11370
CLINIC / PLEASE READ ALL FROM HAND WRITTEN DOCUMENTS / THANKS

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes ✓    No ____    Do Not Know ____

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ____    No ____    Do Not Know ✓

If YES, which claim(s)?

_____

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes ____    No ____

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ____    No ____

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance?

MY MEDICAL RECORDS / PLEASE READ FROM: HANDWRITTEN DOCUMENTS THANK YOU

1. Which claim(s) in this complaint did you grieve?
ALL I REPORTED TO ALL DOCTORS / PSYCHIATRIST · NURSES · STAFF E.T.C
AT RIKERS ISLAND AND AT MANY HOSPITALS E.T.C

2. What was the result, if any?  THEY ALL NEVER EVER · HELP ME IN ANY WAY

_____

3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process.
1. I KEEP ON MAKING REPORTS 2. TO MANY / AGENCIES
WRITING · MAILS · PHONE

PLEASE READ ALL FROM HANDWRITTEN DOCUMENTS THANKS

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

_____
_____
_____

2.    If you did not file a grievance but informed any officials of your claim, state who you informed, when and how, and their response, if any:

*PLEASE READ FROM HANDWRITTEN DOCUMENT*

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

*PLEASE READ ALL FROM HANDWRITTEN DOCUMENTS THANK YOU*

<u>Note</u>:    You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

## V.   Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). *I WANT TO PRESS CRIMINAL CHARGES AND $10 MILLIONS OF DOLLARS PLUS IN LAWSUITS AGAINST THE HOSPITALS, CITY OF NEW YORK AND ALL THOSE INVOLVED FOR ALL MY EXCRUCIAL VERY SEVERE DAMAGING DESTROYING HARSH AND HARMFULL PAINS AND SUFFERINGS. PLEASE READ FROM HANDWRITTEN DOCUMENTS THANK YOU AGAIN*

_____
_____
_____
_____

**VI.    Previous lawsuits:**

On
these
claims

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ✓    No ____

B.    If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1.    Parties to the previous lawsuit:

Plaintiff    _CURTIS FORTEAU_____
Defendants    _____

2. Court (if federal court, name the district; if state court, name the county) _____
_NEW YORK CITY COMPTROLLER OFFICE_____

3.    Docket or Index number    _2013PI030160_____

4.    Name of Judge assigned to your case_____

5.    Approximate date of filing lawsuit    _11·25·2013_____

6.    Is the case still pending? Yes ✓    No ____
If NO, give the approximate date of disposition _____

7.    What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____
_MY LAWSUIT ARE ON GOING_____
_____

On
other
claims

C.    Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?
Yes ✓    No ____

D.    If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1.    Parties to the previous lawsuit:

Plaintiff    _CURTIS PETER MICHAEL FORTEAU_____
Defendants _CORRECTION OFFICER CROSS· CITY OF NEW YORK· HEALTH AND HOSPITAL CORPORATION_
_JOHN DOE CORRECTION OFFICER , JOHN DOE CORRECTION OFFICER_

2.    Court (if federal court, name the district; if state court, name the county) _____

3.    Docket or Index number    _1:13-CV-08693 AJN_____

4.    Name of Judge assigned to your case _DISTRICT JUDGE ALISON NATHAN_
_MAGISTRATE JUDGE SARAH NETBURN_

5.    Approximate date of filing lawsuit    _12·3·2013_____

*Rev. 01/2010*                              6

6.  Is the case still pending?   Yes  ✓  No _____

    If NO, give the approximate date of disposition_____

7.  What was the result of the case? (For example:  Was the case dismissed?  Was there judgment in your favor?  Was the case appealed?) *ALL MY LAWSUITS IS ON GOING*

    _____

    _____


**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this _20_ day of _SEPTEMBER_, 20_14_.

Signature of Plaintiff   *Antor P. M. Fortier*

Inmate Number   _DIN 14A3317_

Institution Address   _CLINTON CORRECTIONAL FACILITY_
_P.O BOX 2000_   ~~LOWER F HOUSE 2.31 Cell~~
_DANNEMORA, N.Y 12929_

_____


Note:  All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.


I declare under penalty of perjury that on this _20_ day of _SEPTEMBER_, 20_14_ I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff:   *Antor P. M. Fortier*

TO NYC COMPTROLLER'S OFFICE
1 CENTRE STREET, ROOM 1225
NEW YORK, NY 10007

FROM: CURTIS PETER MICHAEL FORTEAU· BOOK&CASE#8951300534
A.M.K.C C-95 DORM 2 UPPER    DIN#14A3317
15-15 HAZEN ST
EAST ELMHURST, NY, 11370

I AM WRITING YOU THIS LETTER TO INFORM YOU AND
I NEED YOU TO **PLEASE INVESTIGATE ALL MY IMPORTANT SERIOUS
MAJOR ISSUES ABOUT MY HUMAN AND CIVIL RIGHTS BEING VIOLATED
IN ALMOST EVERY WAY,**
I AM BORN AN RAISED IN THE BRONX N.Y.C, I NEVER EVER WAS IN
ANY TYPE OF SPECIAL EDUCATION CLASSES IN SCHOOL EVER AND
NEVER IN ANY TYPE OF PSYCHOLOGICAL CLASSES EVER. I GREW UP IN TOP
CLASSES IN SCHOOLS AND MY GRADES WERE NEVER FAILING. I AM
NEVER EVER BORN WITH ANY PSYCHOLOGICAL ILLNESSES AND I AM
NEVER EVER SCHIZOPHRENIC EVER.
**I PREACH** I AM WORKING ON **THEOLOGY** IN COLLEGE TO BE A PREACHER. I AM
ALSO A (SUPERVISOR)(SEASONAL) CITY PARK WORKER WITH N.Y.C. **I AM** ALSO
**A CERTIFIED SECURITY GUARD WITH N.Y STATE CERTIFIED IN ANTI-**TERRORISM
**C.P.R** AND MANY OTHER **CERTIFICATIONS.**
I HAVE BEEN LOOKING FOR THE RIGHT RESOURCES (ATTORNEYS, CORRECT OFFICE
AND AGENCIES TO NOTIFY E.T.C) THAT THEY COULD RESPOND TO ME
AS SOON AS POSSIBLE. I MADE MORE THAN ONE COMPLAINT AND REPORTS

TO DIFFERENT AUTHORITIES AND AGENCIES ON ALL MY ISSUES
I AM SUFFERING FROM MANY VERY EXCRUCIATING SEVERE DAMAGING
DESTROYING HARSH HARMFULL PAINS. SO ON RECORD THERE SHOULD BE
SOMETHING THAT I REPORTED TO AUTHORITIES.

ONE OF MY MOST IMPORTANT SERIOUS MAJOR ISSUES I WANT TO SUE FOR $10 MILLION DOLLARS ARE THE PSYCHOLOGICAL MEDICATIONS THE DOCTORS, PSYCHIATRISTS, NURSES ETC ARE PRESCRIBING IS DAMAGING DESTROYING MY HEALTH. I AM EXPERIENCING SUFFERING WITH EXCRUCIATING VERY SEVERE DAMAGING DESTROYING HEART PAINS THAT FEELS LIKE SHARP NEEDLES ARE IN MY HEART FROM THOSE PSYCHOLOGICAL MEDICATIONS INVEGA SUSTENNA (Paliperidon PALMITATE) AND (RISPERIDONE CONSTA), WHEN MY HEART BEATS I FEEL SHARP NEEDLES VERY EXCRUCIATING SEVERE PAINS WITH EACH BEAT OF MY HEART. MANY MORNINGS I WAKE UP SUFFERING IN EXCRUCIATING VERY SEVERE PAINS AND I CANNOT MOVE. I SUFFERED A FORM OF A HEART ATTACK VERY EXCRUCIATING AND SEVERE IN 2007 FROM THE AFFECTS OF (RISPERIDONE CONSTA). IN 2007 WHEN I EXPERIENCED THIS VERY EXCRUCIATING SEVERE DAMAGING HEART ATTACK I WAS IN THE HOSPITAL FOR ALMOST A MONTH SOON AFTER THIS SITUATIONS THE DOCTORS THAT WAS PRESCRIBING RISPERIDONE CONSTA REMOVED ME FROM THOSE PSYCHOLOGICAL MEDICATIONS IN RECENT APPOINTMENTS WITH THE DOCTORS AT RIKERS ISLAND I REPORTED EVERYTHING I AM SAYING NOW TO YOU AND THE DOCTORS, PSYCHIATRISTS, NURSE AND STAFF ETC AT RIKERS ISLAND NEVER EVER HELP ME IN ANY WAY. I AM ALSO LIVING WITH SUFFERING WITH EXCRUCIATING VERY SEVERE BACK PAINS IN MY LOWER SPINAL COLUMN (DISK) THESE VERY EXCRUCIATING SEVERE DAMAGING PAINS ARE INTENSE PAINS ALL DAY IN MY LOWER BACK LEAVING ME SOME DAYS PARALYZED ALL DAY, SOME SITUATIONS FOR WEEKS PARALYZED IN VERY EXCRUCIATING SEVERE DAMAGING DESTROYING PAINS (UNABLE TO COOK FOR MYSELF OR WORK OR DO ANYTHING FOR MYSELF.) MY REPRODUCTION SYSTEMS IS ALSO BEING VERY SEVERE DAMAGED DESTROYED FAILING (NOTE:

(NOTE. I DO NOT KNOW IF I COULD STILL MAKE CHILDREN)

THOSE PSYCHOLOGICAL MEDICATIONS INVEGA SUSTENNA (Paliperidone Palmitate) AND (RISPERIDONE CONSTA) DAMAGED DESTROYED MY REPRODUCTION SYSTEMS SO MUCH THAT WHEN I AM TRYING TO HAVE ERECTION MY (PENIS) NEVER DOES WORK AND MANY SITUATIONS WHEN I AM HAVING SEX I NEVER EJACULATE (NOTHING COMES OUT OF MY PENIS). BEFORE I EVER WAS ON THOSE PSYCHOLOGICAL MEDICATIONS INVEGA SUSTENNA (Paliperidone Palmitate) AND (RISPERIDONE CONSTA) I NEVER HAD ANY OF THESE MEDICAL HEALTH ISSUES MANY DOCTORS, PSYCHIATRISTS, NURSES AND STAFFS WHERE TELLING ME THAT THOSE PSYCHOLOGICAL MEDICATIONS INVEGA SUSTENNA (Paliperidone Palmitate) AND (RISPERIDONE CONSTA) NEVER EVER GIVES ME THE BAD SEVERE SIDE AFFECTS I AM REPORTING TO THEM, EVEN THOUGH WHEN IN THE MAKER'S PAMPHLET IT CLEAR STATES THAT EVERY EXCRUCIATING SEVERE PAINS AND DAMAGES DESTRUCTIONS TO MY REPRODUCTIONS SYSTEMS I AM SUFFERING WITH AND MANY MORE HEALTH ISSUES THAT I AM EXPERIENCING IS FROM THOSE PSYCHOLOGICAL MEDICATIONS INVEGA SUSTENNA (Paliperidone Palmitate) AND (RISPERIDONE CONSTA). (NOTE: THE DOCTORS, PSYCHOLOGISTS, NURSES AND STAFFS DO NOT EVEN KNOW FOR SURE WHAT ALL THE BAD SEVERE SIDE AFFECTS OF THOSE PSYCHOLOGICAL MEDICATIONS INVEGA SUSTENNA (Paliperidone Palmitate) AND (RISPERIDONE CONSTA) CONTAIN, NEITHER DOES THE MAKERS OF THOSE MEDICATIONS NEVER EVER KNOWS ALL THE BAD EXCRUCIATING VERY SEVERE DAMAGING DESTROYING HARMFULL SIDE AFFECTS.) THE MAKERS PAMPHLET FOR INVEGA SUSTENNA (Paliperidone Palmitate) I AM SENDING COPIES OF WITH COPIES OF MY MEDICAL RECORDS TO SHOW THE PROOF OF EVERYTHING I AM SAYING. THE MAKERS PAMPHLET SAY THE BAD EXCRUCIATING SEVERE DAMAGING DESTROYING VERY HARMFULL SIDE AFFECTS I CIRCLED AND UNDERLINED IMPORTANT FACTS THAT PERTAIN TO MY $10 MILLION DOLLAR LAWSUIT.

SOME OF WHAT THE MAKERS PAMPHLET SAYS ARE: ONE RISK OF INVEGA SUSTENNA IS THAT IT MAY CHANGE YOUR HEART RHYTHM. THIS EFFECT IS POTENTIALLY SERIOUS. YOU SHOULD TALK TO YOUR DOCTOR ABOUT ANY CURRENT OR PAST HEART PROBLEMS. BECAUSE THESE PROBLEMS COULD MEAN YOU'RE HAVING A HEART RHYTHM ABNORMALITY, CONTACT YOUR DOCTOR IMMEDIATELY IF YOU FEEL A CHANGE IN THE WAY THAT YOUR HEART BEATS (palipitations) ALSO INVEGA SUSTENNA AND SIMILAR MEDICINES CAN RAISE THE BLOOD LEVELS OF A HORMONE CALLED PROLACTIN AND BLOOD LEVELS OF PROLACTIN REMAIN HIGH WITH CONTINUED USE, THIS MAY RESULT IN SOME SIDE EFFECTS INCLUDING, ...DEVELOPMENT OF BREAST IN MEN OR PROBLEMS WITH ERECTION BOTH OF THOSE SIDE EFFECT I AM EXPERIENCING TO THIS DAY. (MAY CAUSE FETAL HARM)(ALSO METABOLIC CHANGES: ATYPICAL ANTIPSYCHOTIC DRUGS HAVE BEEN ASSOCIATED WITH METABOLIC CHANGES THAT MAY INCREASE CARDIOVASCULAR/CEREBROVASCULAR RISK. THESE METABOLIC CHANGES INCLUDE HYPERGLYCEMIA, DYSLIPIDEMIA AND BODY WEIGHT GAIN. WHILE ALL OF THE DRUGS IN THE CLASS HAVE BEEN SHOWN TO PRODUCE SOME METABOLIC CHANGES, EACH DRUG HAS ITS OWN SPECIFIC RISK PROFILE.) FROM THE AFFECTS OF PSYCHOLOGICAL MEDICATIONS INVEGA SUSTENNA (Pali Peridone Palmitate) AND (RISPERIDONE CONSTA) MORE THAN ONE DOCTORS, PSYCHIATRISTS, NURSES ETC. TOLD ME MY THYROIDS ARE FAILING, I AM SENDING WITH THIS AS PROOF MY HEALTH RECORDS. I AM BEING PRESCRIBED LEVOTHYROXINE 75 mcg TABLET TO HELP MY THYROIDS STOP FAILING. FROM THE AFFECTS OF THOSE PSYCHOLOGICAL MEDICATIONS MORE THAN ONE DOCTORS, PSYCHIATRISTS, NURSES ETC. TOLD ME MY CHLESTROL IS A PROBLEM TOO (BEFORE I WAS NEVER ON ANY PSYCHOLOGICAL MEDICATIONS I NEVER HAD ANY OF THESE HEALTH PROBLEMS), I AM BEING PRESCRIBED SIMVASTATIN 20 mg TABLET TO HELP STOP MY CHLESTROL PROBLEMS.

THE FACTS THAT THOSE PSYCHOLOGICAL MEDICATIONS ARE **CAUSING ME**
MANY HEALTH PROBLEMS INCLUDING DEFORMITY TO MY BODY (NOTE: MY CHEST IS
GROWING INTO FEMALE BODY PARTS (BREAST) JUST LIKE THE MAKERS PAMPHLET
SAYS, AND MY LOWER BODY IS BECOMING DEFORMED, BEFORE I WAS NEVER
ON ANY PSYCHOLOGICAL MEDICATIONS I NEVER EVER HAD ANY OF THESE
HEALTH PROBLEMS. (POSSIBLE SOME OF THE REGULAR MEDICATIONS ARE
ADDING INTENSIFYING THOSE PSYCHOLOGICAL MEDICATIONS **BAD**
EXCRUCIATING VERY SEVERE DAMAGING DESTROYING SIDE AFFECTS.
I AM **SUFFERING** WITH EXCRUCIATING SEVERE DAMAGING DESTROYING PAINS
THROUGH **MY ENTIRE BODY** AND WHEN I REPORT THIS TO THOSE DOCTORS, PSYCHIATRISTS,
NURSES ETC. THEY PRESCRIBED ME SOME PAIN MEDICATIONS BUT THIS TEMPORARY
AND DAMAGING TO MY HEALTH WITH LONG TERM USE, THEN AFTER THOSE PAIN
MEDICATIONS ARE DONE THEY DO NOT HELP ME IN NO OTHER WAY, I AM LEFT
TO SUFFER WITH EXCRUCIATING VERY SEVERE DAMAGING DESTROYING PAINS.
(NOTE: I DO NOT KNOW TOTAL EXTENT TO THE LONG TERM DAMAGES AND
DESTRUCTION ON MY ENTIRE BODY) (NOTE: I KNOW I AM ONE OF THOSE PEOPLE
THAT CAN NOT TAKE PSYCHOLOGICAL MEDICATIONS THOSE DO MORE **DAMAGE** TO ME
THAN HELP ME, I AM **EXTRA SENSITIVE TO PSYCHOLOGICAL MEDICATIONS**).
ON **RIKERS ISLAND** WHERE I AM NOW SOME OF THE DOCTORS AND
PSYCHIATRISTS PRESCRIBING THOSE PSYCHOLOGICAL MEDICATIONS **INVEGA SUSTENNA**
(Paliperidone Palmitate) ARE **DR. KILUVIA**, SOME OF THE DOCTORS I ASKED THERE **NAMES**
AND TO SPELL THERE NAMES AND **THEY SAID NO**, SOME OF THE DOCTORS **I**
ASKED TO DEFINE THE **ILLNESSES** (BAD SIDE AFFECTS) FROM THE MAKERS
PAMPHLETS AND **THEY SAID NO.**

A PSYCHIATRIST AND SUPERVISOR THAT HELPED ME

PSYCHIATRIST MARTIN RICKETTS AND HIS SUPERVISOR HEREDIA

I WAS GIVEN THE RIGHT TO REFUSE THOSE BAD PSYCHOLOGICAL MEDICATIONS

INVEGA SUSTENNA (Paliperidone Palmitate) AND (RISPERIDONE CONSTA)

AND I AM REFUSING PSYCHOLOGICAL MEDICATIONS AS OF SEPTEMBER. 26. 2013

ON SEPTEMBER. 27. 2013 DR. KZLUVIA MET WITH ME WE SPOKE ABOUT ALL

THE PSYCHOLOGICAL MEDICATIONS BAD SIDE AFFECTS (HE DID NOT KNOW ALL

THE SIDE AFFECTS OF THOSE PSYCHOLOGICAL MEDICATIONS I SHOWED HIM

THE MAKERS PAMPHLET AND HE AGREED THAT ALL THE MEDICAL HEALTH PROBLEMS

I AM SUFFERING WITH ARE FROM THOSE PSYCHOLOGICAL MEDICATIONS) BUT

HE TRIED TO CHANGE MY MEDICATIONS TO (RISPERIDONE CONSTA) AND I REFUSED

BECAUSE ALL THE EXCRUCIATING SEVERE DAMAGING DESTROYING HARMFULL

PAINS AND HEALTH PROBLEMS I AM EXPERIENCING SUFFERING WITH IS

THE SAME WITH ALL THOSE BAD PSYCHOLOGICAL MEDICATIONS.

ALMOST EVERY DOCTORS, PSYCHIATRISTS, NURSES AND STAFF ETC. ON RIKERS

ISLAND AND AT ALL THE HOSPITALS I HAVE BEEN IN

(NOTE: JACOBI BRONX HOSPITAL, NORTH CENTRAL BRONX HOSPITAL, SAINT

BARNABUS BRONX HOSPITAL, BELLEVUE HOSPITAL, KIRBY FORENSIC PSYCHIATRIC

CENTER) THEY ALL TAKE ADVANTAGE OF ME VERY SEVERE DAMAGING

DESTROYING HARMING ME, HURTING ME MORE WITH ILLEGAL THINGS

THEY ARE DOING TO ME. (NOTE: WHILE I AM SUFFERING IN EXCRUCIATING

SEVERE DAMAGING DESTROYING PAINS FROM THE AFFECTS OF THOSE

PSYCHOLOGICAL MEDICATIONS, THOSE DOCTORS, PSYCHIATRISTS, NURSES AND STAFF

ETC. NEVER EVER HELP ME IN ANY WAY THEY NEVER SPEAKING THE TRUTH

IN ANY WAY. THEY LIED TO ME ABOUT ALMOST EVERYTHING THAT HAS

SOMETHING TO DO WITH THOSE PSYCHOLOGICAL MEDICATIONS INVEGA SUSTENNA

(Paliperidone Palmitate) AND (RISPERIDONE CONSTA).

JUST TO MENTION A FEW CASES WERE I WAS ABUSED IN N.Y.C HOSPITALS POSSIBLE THE YEAR WAS 2005 I WAS ILLEGALLY SENT TO NORTH CENTRAL BRONX HOSPITAL A STAFF (NURSE) THERE NAME BENJAMIN VARONA CHOKED AND PUNCHED ME ALL OVER MY BODY PLUS THE OTHER STAFF MEMBERS NURSES, DOCTORS ETC. WAS INVOLVED IN THE VERY SEVERE DAMAGING ABUSE ASSAULTS ON ME (NOTE: AT ALMOST ALL THE HOSPITALS SOME OF THE PATIENTS THAT WAS INSTIGATED (WORKING WITH THE STAFF) VERY SEVERE DAMAGING DESTRUCTIVE VIOLENT HARSH AND HARMFULL ASSAULTED ME ON MORE THAN ONE OCCASIONS). POSSIBLE MR. BENJAMIN VARONA WAS FIRED FOR THESE SITUATIONS. I REPORTED ALL THE VERY SEVERE DAMAGING DESTRUCTIVE VIOLENT HARSH AND HARMFULL ABUSES ASSAULTS ON ME THAT WERE GOING ON AT THAT HOSPITAL AND MANY MORE SITUATIONS AT OTHER HOSPITALS INVOLVING STAFFS, PATIENTS AND DOCTORS ABUSING ASSAULTING ME. ANOTHER CASE IS WHEN I WAS AT KIRBY FORENSIC PSYCHIATRIC CENTER WARD 6 EAST MANY OF THE (SHTA'S WORKERS) WERE VERY SEVERE DAMAGING DESTRUCTIVE VIOLENT HARSH AND HARMFULL. POSSIBLE THE YEAR WAS 2009 A (SHTA STAFF) WITH LAST NAME AS LARRY AND ANOTHER SHTA'S WITH SECURITY GUARDS VERY SEVERE DAMAGING DESTRUCTIVE VIOLENT HARSH AND HARMFULL PHYSICAL ASSAULTED ME SEVERE WITH KICKS AND PUNCHS MR. LARRY VERY SEVERE DAMAGING DESTRUCTIVE VIOLENT HARSH AND HARMFULL KICKED ME BETWEEN MY LEGS IN MY PRIVATE PARTS WITH HIS KNEE'S WHILE HOLDING & VERY SEVERE VIOLENT CHOKING ME, POSSIBLE MR. LARRY WAS FIRED FOR THAT. ALL CASES THAT I MENTIONED SHULD BE ON CAMERA WITHIN THE HOSPITALS AND THERE WAS WITNESSES (STAFF, PATIENTS ETC.) I WANT TO BRING UP CRIMINAL CHARGES AND MILLIONS OF DOLLARS IN LAWSUITS AGAINST THE HOSPITALS AND ALL THOSE INVOLVED FOR ALL MY VERY SEVERE EXCRUCIATING DAMAGING DESTROYING HARSH AND HARMFULL PAINS AND SUFFERINGS.

BEFORE THIS ARREST I WAS BEING SEEN FOR TREATMENT BY A GROUP OF DOCTORS IN THE BRONX AND I WAS CLEARED FROM THEM AND A STATE JUDGE THAT I NEVER EVER HAD TO RECEIVE PSYCHOLOGICAL MEDICATIONS OR PSYCHOLOGICAL TREATMENT EVER AGAIN. I AM NEVER EVER PSYCHOLOGICAL ILL EVER AND I AM NEVER EVER SCHIZOPHRENIC EVER THEY LABELED ME AS THAT SO WHEN I SPEAK NO ONE WILL LISTEN TO ME. THERE ARE A LOT OF BAD AND TERRIBLE EVIL PEOPLE HOLDING ME ON THOSE (DRUGS) MEDICATIONS, SO THAT THE COMPLETE TRUTH HONEST NEVER EVER COMES OUT.

ALL MEDICAL TERRIBLE HEALTH ISSUES SITUATIONS THAT I AM EXPERIENCING AND MENTIONED WITH ALL THE VERY SEVERE DAMAGING DESTRUCTIVE VIOLENT HARSH AND HARMFULL CASES SITUATIONS I EXPERIENCED AND MENTIONED HAPPENED ON MORE THAN ONE OCCASIONS WITH DIFFERENT (EMPLOYEES) PEOPLE AND PATIENTS I WITNESSED AND MANY MORE PATIENTS WITNESSED THE VERY SEVERE DAMAGING ABUSES AND ITS HAPPENING TO THEM TOO.

Curtis P. M. _____

ANTONIO MIGUEL FRAZIER
COMMISSIONER OF DEEDS
No. 2-13375
Qualified in Queens County
Commission Expires July 1 2014

Antonio M. Frazier
10/31/13

...about
FREEDOM of Religion, Press,
Speech, Assembly, Petition

**1st** (1791) 

Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech or of the press; or the right of the people peaceably to assemble, and to petition the government for a redress of grievances.

...these first
10 Amendmen
are called the
"**BILL OF RIG**

ADOPTED: 1st Session of
IN FORCE: Dec. 15, 179!

...the right to
KEEP and BEAR ARMS

**2nd** (1791)

A well-regulated militia being necessary to the security of a free state, the right of the people to keep and bear arms shall not be infringed.

--QUARTERING of
soldiers in peace time

**3th** (1791)

No soldier shall, in time of peace, be quartered in any house without the consent of the owner, nor in time of war but in a manner to be prescribed by law.

a sore point with
colonists against
British practi

--FREEDOM from SEARCH

**4th** (1791)

The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated, and no warrants shall issue but upon probable cause, supported by oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized.

but reasonable s
with a warrant pei
and without war
cars, planes, ships
that can be mo

--PROTECTION of ACCUSED

**5th** (1791)

No person shall be held to answer for a capital or other infamous crime, unless on a presentment or indictment of a grand jury, except in cases arising in the land or naval forces, or in the militia, when in actual service, in time of war or public danger; nor shall any person be subject for the same offence to be twice put in jeopardy of life or limb; nor shall he compelled in any criminal case to be a witness against himself, nor be deprived of life, liberty, or property, without due process of law; nor shall private property be taken for public use without just compensation.

"grand jury" = 12 t
persons who decic
evidence warrant

cited frequently i
recent Congress
hearings

"due process"
interpretation b
many cases to
Supreme Co

--RIGHTS of
ACCUSED PERSONS

**6th** (1791) 

In all criminal prosecutions, the accused shall enjoy the right to a speedy and public trial by an impartial jury of the state and district wherein the crime shall have been committed, which district shall have been previously ascertained by law, and to be informed of the nature and cause of the accusation; to be confronted with the witnesses against him; to have compulsory process for obtaining witnesses in his favor, and to have the assistance of counsel for his defence.

--TRIAL BY JURY

**7th** (1791) 

In suits at common law, where the value in controversy shall exceed twenty dollars, the right of trial by jury shall be preserved, and no fact tried by a jury shall be otherwise re-examined in any court of the United States than according to the rules of the common law.

doesn't apply
to state court

--NO EXCESSIVE FINES
OR CRUEL PUNISHMENT

**8th** (1791) 

Excessive bail shall not be required, nor excessive fines imposed, nor cruel and unusual punishments inflicted.

--about OTHER
rights retained

**9th** (1791) 

The enumeration in the constitution of certain rights shall not be construed to deny or disparage others retained by the people.

--POWERS reserved
to states and people

**10th** (1791)

The powers not delegated to the United States by the constitution, nor prohibited by it to the states, are reserved to the states respectively or to the people.

other powers r
--such as educ
marriage, divo



...about
## PROHIBITING
## SLAVERY

**13th** (1865)

**Section 1.** Neither slavery nor involuntary servitude, except as a punishment for crime whereof the party shall have been duly convicted, shall exist within the United States, or any place subject to their jurisdiction.

...about
## DEFINING
## CITIZEN'S
## RIGHTS

**14th** (1868)

**Section 1.** All persons born or naturalized in the United States, and subject to the jurisdiction thereof, are citizens of the United States and of the state wherein they reside. No state shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any state deprive any person of life, liberty, or property without due process of law; nor deny to any person within its jurisdiction the equal protection of the law.

**Section 2.** Representatives shall be apportioned among the several States according to their respective numbers, counting the whole number of persons in each state, excluding Indians not taxed. But when the right to vote at any election for the choice of electors for president and vice-president of the United States, representatives in Congress, the executive and judicial officers of a State, or the members of the legislature thereof, is denied to any of the male members of such state being of twenty-one years of age, and citizens of the United States, or in any way abridged, except for participation in rebellion or other crime, the basis of representation therein shall be reduced in the proportion which the number of such male citizens shall bear to the whole number of male citizens twenty-one years of age in such state.

...representation in
Congress --
intended to punish
Confederate Stat
-- but never used

**Section 3.** No person shall be a senator or representative in Congress, or elector of president and vice-president, or hold any office, civil or military, under the United States, or under any state, who, having previously taken an oath, as a member of Congress, or as an officer of the United States, or as a member of any state legislature, or as an executive or judicial officer of any state, to support the constitution of the United States, shall have engaged in insurrection or rebellion against the same, or given aid and comfort to the enemies thereof. But Congress may, by a vote of two-thirds of each House, remove such disability.

in 1898 Congress
removed all
restrictions agains
ex-Confederates

**Section 4.** The validity of the public debt of the United States, authorized by law, including debts incurred for payment of pensions and bounties for services in suppressing insurrection or rebellion, shall not be questioned. But neither the United States nor any state shall assume or pay any debt or obligation incurred in aid of insurrection or rebellion against the United States, or any claim for the loss or emancipation of any slave; but all such debts, obligations, and claims shall be held illegal and void.

-- payment of
Civil War debts--

repudiation of $2 B
worth of Confeder
Bonds and Curren

...about the
## RIGHT
## TO VOTE

**15th** (1870)

**Section 1.** The right of citizens of the United States to vote shall not be denied or abridged by the United States or by any state, on account of race, color, or previous condition of servitude.

to protect politic
rights of minorit
groups

CURTIS P. M. FORTEAU
SEP. 20·14 7AM

VERY IMPORTANT PRO SE OFFICE
PLEASE PRIVATE INVESTIGATE MY LAWSUIT
WITH NEVER SAYING MY NAME AND PLEASE BE
PROFESSIONAL. THEY MAY PUT MY LIFE IN GRAVE DANGER
PLEASE NEVER REPEAT THIS MESSAGE
                    THANK YOU

PLEASE ATTACH MY MEDICAL RECORDS WITH MY AMENDED COMPLAINT
(FROM MY ORIGINAL 1983 CRC)

SEP 24 2014

PRO SE OFFICE

·I AM WRITING TO YOU TO INFORM YOU AND I NEED YOU TO PLEASE INVESTIGATE
ALL MY IMPORTANT SERIOUS MAJOR ISSUES ABOUT MY HUMAN AND CIVIL RIGHTS BEING VIOLATED
IN ALMOST EVERY WAY. I DO NOT KNOW IF I MAY REPRODUCE/
PLEASE RELATE THIS AND NOTORIZED STATEMENTS (SEPTEMBER·26·14?)
1. PLEASE RELATE LOOK TO PAGES 5·6·7 NOTORIZED PAPERWORKS THANK YOU
SEPTEMBER·27, 2013 DOCTOR KI LUVIA MET WITH ME HIM AND POSSIBLE ALL THERE STAFF
AT RIKERS JAIL INTENTIONAL DELIBERATE TRIED TO KILL ME AT MORE THAN ONE SITUATIONS
EVERYONE OF THEM USE PREMEDITATED ILLEGAL TERRIBLE VIOLENT EXCRUCIATING VERY SEVERE
DAMAGING DESTROYING HAZARD ASSAULTS ATTEMPTS ON MY LIFE AND THEY ALSO USE
EXCRUCIATING TERRIBLE ILLEGAL HAZARD DAMAGING DESTROYING DRUGS/ PREMEDITATED MEDICATION?
SITUATIONS(PROOF I SAY COMPLETE CORRECT TRUTH ALL DAY ALL MONTH ALL YEARS THEY KNEW AND
COMPREHENIONS I AM NEVER EVER PSYCHOLOGICAL ILL EVER I NEVER EVER SCHZOPHRENIC EVER
I NEVER EVER NEEDED OR NEED MEDICATIONS OR ANYTHING FROM MENTAL HEALTH EVER
/PROOF I NEVER EVER COMMITTED DID ANYTHING EVER/GROWING UP I GRADUATED FROM TOP SCHOOLS
TOP CLASSES I PREACH I AM WORKING ON THEOLOGY IN COLLEGE TO BE A PREACHER
I AM A CERTIFIED SECURITY GUARD WITH NY STATE CERTIFIED IN ANTI TERRORTISM, C.P.R
AND MANY MORE CERTIFICATIONS· I AM A SUPERVISOR/ SEASONAL/ CITY PARK WORKER
I COMPLETED 3 PLUS YEARS IN COLLEGE PLEASE RELATE TO NOTORIZED STATEMENTS PAGE 1 TO 9
REPORTS I REPORTED I STATEMENTS I WRITE/ CAMERA TAPES RECORDINGS/ MORE JUDGEMENT PROOFS
ALL EXCRUCIATING VERY SEVERE DAMAGING DESTROYING DESTRUCTIONS/ HEALTH PROBLEMS/ THEY ALL DID TO MY
COMPLETE REPRODUCTIONS SYSTEMS AND ALL PARTS MY COMPLETE RIGHTEOUS TRUTH BEINGS/ SYSTEMS/
DESTRUCTIONS THEY ALL DID TO MY COMPLETE HEART /2007 EXCRUCIATING VERY SEVERE HEART ATTACK / PAINS
LOWER DISK IN MY BACK MY COMPLETE SPINAL CORD MY MEDICAL RECORDS MY COMPUTER MEDICAL RECORDS
I SAY COMPLETE RIGHTEOUS TRUTH ALL DAY ALL MONTH ALL YEARS THEY KNEW AND COMPREHENION
I AM NEVER EVER PSYCHOLOGICAL ILL EVER I AM NEVER EVER SCHZOPHRENIC EVER
I NEVER EVER NEEDED OR NEED MEDICATIONS OR ANYTHING FROM MENTAL HEALTH EVER
I TOLD ALL THOSE TERRIBLE DOCTORS TERRIBLE NURSES TERRIBLE PSYCHIATRISTS TERRIBLE STAFFS
TERRIBLE OFFICERS TERRIBLE EMPLOYEES E.T.C EVERY TRUTH COMPLETE WORDS I AM SAYING
TO ALL YOU I NEVER EVER WAS BORN WITH ANY HEALTH PROBLEMS EVER/ I NEVER EVER DID ANYTHING EVER
ALL OF THEM TOGETHER THOSE TERRIBLE VIOLENT DOCTORS TERRIBLE VIOLENT PSYCHIATRISTS TERRIBLE NURSES ETC
EVERYONE OF THEM USE PREMEDITATED ILLEGAL TERRIBLE VIOLENT EXCRUCIATING VERY SEVERE
DAMAGING DESTROYING HAZARD ATTEMPTS ON MY LIFE/TRING TO KILL ME/ AND
THEY ALSO USE EXCRUCIATING TERRIBLE ILLEGAL HAZARD DAMAGING DESTROYING DRUGS/ PREMEDITATED/
TERRIBLE ILLEGAL HAZARD DAMAGING MEDICATION SITUATIONS/ TRING TO KILL ME/
THEY VIOLATED ALL MY BILL OF RIGHTS/ AMENDMENTS/· CIVIL RIGHTS· HUMAN RIGHTS· CONSTITUTIONAL RIGHTS
1·8TH· AND 14TH AMENDMENTS/ THEY BREAK ALL LAWS AND RULES AT ALL THOSE ILLEGAL TERRIBLE HOSPITALS JAILS
E.T.C. BEFORE THEY TOOK ME TO THOSE ILLEGAL TERRIBLE PLACES THEY ALL INSTIGATED VIOLENT PREMEDITATED DAMAGING
INTENTIONAL DELIBERATE HARMING ME AND CAUSING ME TO SUFFER

BEFORE THEY TOOK ME TO THOSE ILLEGAL TERRIBLE PLACES | HOSPITALS. JAILS E.T.C |
THEY ALL INSTIGATED | THEY PREMEDITATED ILLEGAL VIOLENT TACTICS ILLEGAL VIOLENT DESTROYING CRIMINAL ASSAULTS ABUSES |
THEY OBTAINED MY MEDICAL HISTORY RECORDS THEN ALL OF THEM INTENTIONAL USE
TERRIBLE DOCTORS | TERRIBLE PSYCHIATRISTS | TERRIBLE NURSE | TERRIBLE OFFICERS | TERRIBLE PATIENTS |
TERRIBLE EMPLOYEES | TERRIBLE CRIMINALS | THE TERRIBLE HAZARD MAKERS OF THOSE
ILLEGAL TERRIBLE HAZARD DANGEROUS DESTROYING | DRUGS | RISPERIDONE | INVEGA SUSTENNA |
I AM NAMING ALL DEFENDANTS THAT USE INTENTIONAL PREMEDITATED ILLEGAL TERRIBLE
VIOLENT EXCRUCIATING VERY SEVERE HAZARD DAMAGING DESTROYING ASSAULTS ATTEMPTS ON MY LIFE
THEY ALSO USE EXCRUCIATING TERRIBLE ILLEGAL HAZARD DAMAGING DESTROYING | DRUGS | PREMEDITATED MEDICATION SITUATIONS
| TRING TO KILL ME | I AM PRESSING CHARGES AGAINST ALL THEM TO COMPLETE | EXTENT OF LAW | PLUS DOLLARS |
APPROXIMATE DATES | PLEASE BUILD COMPLETE TRUTH TRUE COMPREHENSION FROM WHAT I AM TELLING YOU HERE | PAGES | AND 1 TO 9 |
2004 JACOBI HOSPITAL HEALTH AND HOSPITAL CORPORATION
2005 BENJAMIN VARONA NURSE | NORTH CENTRAL BRONX HOSPITAL
2005 DOCTOR LAST NAME FATIMA NORTH CENTRAL BRONX HOSPITAL
2005 DOCTOR CHRISTOPHER STANLEY NELSON | NORTH CENTRAL BRONX HOSPITAL
2006 NORTH CENTRAL BRONX HOSPITAL POLICE EVERYONE OF THEM
2006 DOCTOR SHERIFF WILLIAM HANNA | NORTH CENTRAL BRONX HOSPITAL
2007 DOCTOR SHERIFF WILLIAM HANNA | N C B H
2006 DOCTOR GALINA LAST NAME | FROM SAINT BARNABAS BRONX HOSPITAL
2006 AMY LYBURN PSYCHIATRIST | ASSISTED OUTPATIENTS TREATMENT NORTH CENTRAL BRONX CENTER
2007 NORTH CENTRAL BRONX HOSPITAL | HEALTH AND HOSPITAL CORPORTION
2008 TO 2009 NURSE VICTOR CHAVEZ | ASSISTED OUTPATIENT TREATMENT | ACT TEAM | NORTH CENTRAL BRONX HOSPITAL
2008 TO 2009 NURSE GEORGE HARRIS | A C T TEAM | NORTH CENTRAL BRONX HOSPITAL
2009-2012-2013 M.D JAY PASCUAL | KIRBY FORENSIC PSYCHIATIC CENTER
2009-2012-2013 R.N LAST NAME JIMENEZ | KIRBY FORENSIC PSYCHIATIC CENTER
2012-2013 | PSYCHIATRIST | DOCTOR SHEKU MAGONA | KIRBY FORENSIC PSYCHIATIC CENTER
2009-2012-2013 R.N LAST NAME FORD | KIRBY FORENSIC PSYCHIATIC CENTER
2012-2013 M.D LAST NAME SERVIDO | KIRBY FORENSIC PSYCHIATIC CENTER
2004-05-06-07-08-09-10-11-12-13 | THE MAKERS OF RISPERIDAL CONSTA COMPANY AND
THE MAKERS OF INVEGA SUSTENNA COMPANY
2009-2012-2013 | SHTA | LAST NAME VELEZ | KIRBY F. P. C.
2009 NURSE LAST NAME LARRY | KIRBY. FORENSIC PSYCHIATRIC CENTER
2009 R.N LAST NAME HALI | K. F. P. C
2009-2012-2013 SENIOR SHTA LAST NAME RAWLINS | KIRBY FORENSIC PSYCHIATRIC CENTER
2009-2012-2013 SHTA LAST NAME ARIS | KIRBY F. P. C
2012-2013 R.N LAST NAME MOREL | K. F. P. C
2012 | NURSE | EMPLOYEE LAST NAME STARKS | BELLEVUE HOSPITAL
2012 | NURSE | EMPLOYEE LAST NAME JOHNSON | BELLEVUE HOSPITAL
2012-2013 KIRBY FORENSIC PSYCHIATRIC CENTER OFFICERS EVERYONE OF THEM
2012-2013 SHTA LAST NAME PROCTOR | K. F. P. C
8-28-14 NEW YORK STATE CORRECTION OFFICER LAST NAME AUBIN | FROM CLINTON CORRECTIONAL FACILITY
8-28-14 NEW YORK STATE CORRECTION OFFICER LAST NAME NELSON | FROM CLINTON CORRECTIONAL FACILITY



CLINTON CORRECTIONAL FACILITY
P. O. BOX 2000
DANNEMORA, NEW YORK 12929

NAME: CURTIS FORTEAU    DIN#: 14A9317

$01.610
09/22/2014
Mailed from 12929
US POSTAGE

CLINTON CORRECTIONAL FACILITY

PRO SE OFFICE
500 PEARL STREET Rm
NEW YORK, NY 10007

LEGAL MAIL CONFIDENTIAL LEGAL
PRIORITY