UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CURTIS PETER MICHAEL FORTEAU,<br><br>               Plaintiff,<br><br>-against-<br><br>NEW YORK CITY HEALTH AND HOSPITAL CORPORATION; CITY OF NEW YORK; M.D. JAY PASCUAL, KIRBY FORENSIC PYSCHIATRIC CENTER; R.N. LAST NAME MR. JIMENEZ, KIRBY FORENSIC PSYCHIATRIC CETNER; S.H.T.A. LAST NAME VELEZ, KIRBY FORENSIC PSYCHIATRIC CENTER; R.N. LAST NAME FORD, KIRBY FORENSIC PSYCHIATRIC CENTER; DOCTOR MR. SHEKU MAGONA, KIRBY FORENSIC PSYCHIATRIC CENTER,<br><br>               Defendants. | 14-CV-3736 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Chief United States District Judge:

       By order dated January 6, 2015, Plaintiff's complaint was dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii). On January 28, 2015, the Court received Plaintiff's letter seeking an extension of time to appeal the January 6, 2015 order.

       Plaintiff's request for an extension of time to appeal is granted. *See* Fed. R. App. P. 4(a)(1)(A) (notice of appeal in civil case must be filed within 30 days of entry of judgment); Fed. R. App. P. 4(a)(5)(A) (the district court may extend time to file notice of appeal if motion filed within 30 days of expiration time to file notice of appeal and party shows excusable neglect or good cause for untimely filing).

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED:

Dated: February 4, 2015
       New York, New York

                                                  */s/ Loretta A. Preska*
                                                  LORETTA A. PRESKA
                                                  Chief United States District Judge