3pm 2·10·15
CURTIS P. M. PORTEAU
DOCKET 14 CV 3736

PLEASE MAY I
REQUEST DEMAND JUDGEMENT PLEASE WITH COMPLETE TRUTH
PLEASE PRO SE TALK WITH HONOR JUDGE COMPLETE TRUTH COMPREHENSION
God THANK GOD PLEASE CORRECT TRUTH SETTLE MY COURT MATTER
Curtis Peter Michael Porteau AGREED 2·9·15 THANK YOU

RECEIVED
FEB 18 2015
PRO SE OFFICE

PLEASE REQUEST PHONE PLEASE CONFERENCE
AND MEMORANDA LAW PLEASE PAPERWORK
PLEASE DISCOVERY AND PLEASE BILL OF PARTICULARS

CLINTON CORRECTIONAL FACILITY
P.O. BOX 2000
DANNEMORA, NEW YORK 12929

NAME: CURTIS FOREAU   DIN#: 14A3317

RECEIVED
SDNY PRO SE OFFICE
2015 FEB 18 P 12: 48

Goddamn good U.S DISTRICT COURT
SOUTHERN DISTRICT of NEW YORK
PRO SE OFFICE
THE DANIEL PATRICK MOYNIHAN U.S. COURTHOUSE
500 PEARL STREET
NEW YORK, N.Y. 10007-1312

2·10·15 3pm MAIL PRIVATE LEGAL PROPERTY

CLINTON CORRECTIONAL FACILITY

Mailed From 12929
02/10/20
$0.00
US POSTAGE
PURPLE HEART
FOREVER USA